HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
WILLIAM D. TAYLOR - 114449
CHRISTINA M. NUGENT - 199646
980 Ninth Street, Suite 1500
Sacramento, CA 95814
Telephone:     (916) 442-3333
Facsimile:     (916) 442-2348
cnugent@hansonbridgett.com

Attorneys for Defendant
CENTRAL TRANSPORT

ORIGINAL
FILED

SEP 1 7 2007

E-filing     RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CW

C 07 4786

| | |
|---|---|
| THE FLESH COMPANY, | Case No. _____ |
| Plaintiff, | **DEFENDANT CENTRAL TRANSPORT'S NOTICE OF REMOVAL OF ACTION** |
| v. | |
| PRINTING STRATEGY, INC. | Cross-Complaint Filed: July 11, 2007 |
| Defendant. | |
| PRINTING STRATEGY, INC., | |
| Cross-complainant, | |
| v. | BY FAX |
| BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY, and DOES 1-20, | |
| Cross-defendant. | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant CENTRAL TRANSPORT ("Central Transport" or "Defendant") submits this Notice of Removal of Action, and in support thereof, represents to this Court the following:

///

- 1 -

1.  <u>State Court Action</u>:  On July 11, 2007, a Cross-complaint was commenced in the Superior Court of the State of California, County of Napa entitled *Printing Strategy, Inc.  v. Best Way Freight Company, Central Transport, and The Flesh Company,* Case No. 26-34438.  A true and correct copy of that Cross-complaint is attached hereto as Exhibit A.

2.  <u>Service</u>:  Defendant Central Transport was served with the above-described Cross-complaint on or about August 27, 2007.  A true and correct copy of the proof of service is attached hereto as Exhibit B.

3.  <u>Jurisdiction</u>:  This action is a civil action of which this Court has original jurisdiction pursuant to Title 28 U.S.C. Sections 1331 and 1337, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. Section 1441 (a) and (b), in that the action is founded on a claim or right arising under the Constitution, treaties or laws of the United States.

4.  <u>Joinder</u>:  Defendant Central Transport is informed and believes that it is the only party-defendant to the Cross-complaint that has been served.  Therefore, there are no issues regarding unanimity of joinder.

5.  <u>Venue</u>:  Venue lies in the United States Northern District Court in that the state court action was filed and is pending in the Superior Court of the State of California, Napa County, a court within this judicial district.

6.  <u>Timeliness</u>:  Removal is timely in that no more than thirty days have elapsed since Defendant Central Transport was served with the initial pleading setting forth the claims for relief upon which removal is premised.

7.  <u>State Court Documents</u>:  Pursuant to 28 U.S.C. Section 1446, Defendant has attached hereto as Exhibit C and incorporates herein by reference all processes, pleadings, and orders served in the state court action on Defendant prior to the filing of this Notice of Removal.

8.  <u>Notice to State Court</u>:  A copy of this Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the State of California, Napa County.

9.  <u>Service</u>:  Written Notice and Proof of Service of the filing of this Notice of Removal by Defendant has been or will be served on all parties as required by law.

1354894.1

1

      **WHEREFORE,** Defendant respectfully requests that this action now proceed in this

2

Court as an action properly removed.

3

DATED:  September 17, 2007

                         HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

4

5

6

                         By: _Christina Nugent_

                         CHRISTINA M. NUGENT

7

                         Attorneys for Defendant
CENTRAL TRANSPORT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1354894.1

# *Exhibit A*

08/17/2007  11:49  7072269  WVIASC  PAGE  03/18

PLD-C-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
VINCENT M. SPOHN, SBN 092334
Vincent M. Spohn, APC
1005 Jefferson Street
Napa, CA 94558
TELEPHONE NO: (707) 255-1885    FAX NO. *(Optional):* (707) 255-0974
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Printing Strategy, Inc.

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Napa
STREET ADDRESS: 825 Brown Street
MAILING ADDRESS:
CITY AND ZIP CODE: Napa, CA 94559
BRANCH NAME:

**ENDORSED**

JUL 11 2007

Clerk of the Napa Superior Court
By: _____ S. FERINA
Deputy

PLAINTIFF: Printing Strategy, Inc.

DEFENDANT: Best Way Freight Company; Central Transport; and The Flesh
*COMPANY* K3

☑ DOES 1 TO 20

CONTRACT

☐ COMPLAINT            ☐ AMENDED COMPLAINT *(Number):*

☑ CROSS-COMPLAINT      ☐ AMENDED CROSS-COMPLAINT *(Number):*

| Jurisdiction (check all that apply): | CASE NUMBER: |
|---|---|
| ☐ ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000 but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>☐ from limited to unlimited<br>☐ from unlimited to limited | 26-34438 |

1. Plaintiff* *(name or names):*
   Printing Strategy, Inc.
   alleges causes of action against defendant* *(name or names):*
   Best Way Freight Company; Central Transport; and The Flesh Company
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
      ☑ except plaintiff *(name):* Printing Strategy, Inc.
         (1) ☑ a corporation qualified to do business in California
         (2) ☐ an unincorporated entity *(describe):*
         (3) ☐ other *(specify):*

   b. ☑ Plaintiff *(name):* Printing Strategy, Inc.
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. ☑ has complied with all licensing requirements as a licensed *(specify):* entity in the County of Napa.
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      ☑ except defendant *(name):* Best Way Freight Co.      ☑ except defendant *(name):* Central Transport
         (1) ☑ a business organization, form unknown         (1) ☑ a business organization, form unknown
         (2) ☐ a corporation                                 (2) ☐ a corporation
         (3) ☐ an unincorporated entity *(describe):*         (3) ☐ an unincorporated entity *(describe):*

         (4) ☐ a public entity *(describe):*                  (4) ☐ a public entity *(describe):*

         (5) ☐ other *(specify):*                             (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**CROSS-COMPLAINT—Contract**

Page 1 of 2

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

08/17/2007  11:49    7072259              WVIASC                    (                              PAGE   04/10

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| — Printing Strategy, Inc. v. Best Way Freight Company, et al. | 26-34438 |

1  ATTACHMENT 4(a) TO CROSS-COMPLAINT

2  The Flesh Company is a corporation.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501
American LegalNet, Inc.    www.USCourtForms.com

PLD-C-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Printing Strategy, Inc. v. Best Way Freight Company, et al. | 26-34438 |

4.  *(Continued)*

  b.  The true names of defendants sued as Does are unknown to plaintiff.
   (1)  [✓] Doe defendants *(specify Doe numbers):* 1 - 10          were the agents or employees of the named
        defendants and acted within the scope of that agency or employment.
   (2)  [✓] Doe defendants *(specify Doe numbers):* 11 - 20          are persons whose capacities are unknown to
        plaintiff.

  c.  [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
  d.  [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5.  [ ] Plaintiff is required to comply with a claims statute, and
   a.  [ ] has complied with applicable claims statutes, or
   b.  [ ] is excused from complying because *(specify):*

6.  [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.
7.  This court is the proper court because
   a.  [✓] a defendant entered into the contract here.
   b.  [ ] a defendant lived here when the contract was entered into.
   c.  [ ] a defendant lives here now.
   d.  [ ] the contract was to be performed here.
   e.  [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f.  [ ] real property that is the subject of this action is located here.
   g.  [ ] other *(specify):*

8.  The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

   [✓] Breach of Contract
   [ ] Common Counts
   [✓] Other *(specify):*
       Negligence

9.  [ ] Other allegations:

10.  Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a.  [✓] damages of: $  according to proof
   b.  [✓] interest on the damages
       (1)  [ ] according to proof
       (2)  [ ] at the rate of *(specify):*          percent per year from *(date):*
   c.  [ ] attorney's fees
       (1)  [ ] of: $
       (2)  [ ] according to proof.
   d.  [✓] other *(specify):*
       lost profits

11.  [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

                                                            7-13-07
Date: June  16, 2007

VINCENT M. SPOHN                                            ▶    _____
_____                                       (SIGNATURE OF PLAINTIFF OR ATTORNEY)
(TYPE OR PRINT NAME)
                        *(If you wish to verify this pleading, affix a verification.)*

08/17/2007  11:49   7072269      WVIASC                    PAGE  06/10

PLD-C-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Printing Strategy, Inc. v. Best Way Freight Company, et al. | 26-34438 |

One _____ **CAUSE OF ACTION—Breach of Contract**
      (number)

ATTACHMENT TO    ☐ Complaint    ☑ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name):*  Printing Strategy, Inc.

     alleges that on or about *(date):*  August 9, 2004
     a  ☑ written  ☐ oral  ☐ other *(specify):*
     agreement was made between *(name parties to agreement):*
     Printing Strategy, Inc. and The Flesh Company
     ☑ A copy of the agreement is attached as Exhibit A, or
     ☐ The essential terms of the agreement  ☐ are stated in Attachment BC-1  ☐ are as follows *(specify):*

BC-2.  On or about *(dates):*  October 28, 2004
     defendant breached the agreement by  ☐ the acts specified in Attachment BC-2  ☐ the following acts
     *(specify):*

     Cross-Complainant Printing Strategy, Inc. purchased business forms from plaintiff The Flesh
     Company which shipped them to Printing Strategy's customer using Best Way Freight Company
     and Central Transport as shippers.  The goods were damaged upon arrival at Cross-Complainant
     Printing Strategy, Inc.'s customer.

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
     excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
     ☐ as stated in Attachment BC-4  ☑ as follows *(specify):*
     Cross-Complainant lost profits from the failure to deliver the goods on time.

BC-5.  ☐  Plaintiff is entitled to attorney fees by an agreement or a statute
         ☐  of $
         ☐  according to proof.
BC-6.  ☐  Other:

                                                                     Page     4

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

08/17/2007  11:49    7072289.    WVIASC    PAGE  07/10

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Printing Strategy, Inc. v. Best Way Freight Company, et al. | 26-34418 |

Two _____    CAUSE OF ACTION—General Negligence    Page ___5___
   (number)

ATTACHMENT TO [ ] Complaint  [✓] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Printing Strategy, Inc.

alleges that defendant *(name):*  Best Way Freight Company, Central Transport & The Flesh Company

[ ] Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):*  October 28, 2004

at *(place):*  unknown

*(description of reasons for liability):*

Cross-Complainant Printing Strategy, Inc. purchased business forms from Plaintiff and Cross-Defendant The Flesh Company which shipped them to Cross-Complainant Printing Strategy's customer using Cross-Defendant Best Way Freight Company and Cross-Defendant Central Transport as shippers. The goods were delivered to Cross-Complainant Printing Strategy's customer damaged.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

08/17/2007  11:49    7072265       WVIASC                    PAGE  08/10

PRINTING STRATEGY, INC.        877.812.2097        www.charlesbartlett@printingstrategy.com

| X Design | ☒ QUOTE: needed | Order# 1236273 | | Customer No. # 1006371 | PURCHASE ORDER No. |
| set comp art supplied | | | | | WF1004042 |

**PRINTING STRATEGY, Inc.**

| | PO BOX 3556 Napa CA 94558 | Phone OR Fax: 877.812.2097 | | Supplier Name and Address: **Flesh Company** 2407 Jothi Avenue Parsons, KS  67357 |

X Sheeted Singles – Laser
Xerox 4635

| No. Ply | Product Application (Important-See Job specs.) | | | | | Start Date: 10/05/2004 | | Previous Document ID / Version |
| 1 | LASER CUTSHEET | | | ☐ | | | | |
| Previous Order # | Producing Location | Desired Ship Date: 10/14/2004 | | Commit # | | Date Order Placed | | New Order # |
| NEW | | DO Not Before | | | | | | |
| FORM # WFM11P | | REV. | | FORM NAME: Wells Fargo - Shortings | | | | |

Shippng

| Total Destination | Customer # | | | Customer Name: REGULUS | | | Attn: | |
| PO # | | Cash Carrier | | | | Req'd # | | Freight Terms: ☒ Prepay & Charge ☐ Collect ☐ Prepaid |
| | | | | | | | | ☐ Other: |
| Ship To #1: REGULUS Integrated Solutions 3690 Redwood Way Irvine, CA 92618 | | Tax Status: NON Taxable if this order is X tax-exempt. | | | Ship To #2: #00.000 REGULUS Integrated Solutions 6830 North Park Blvd, Suite 0 Charlotte NC 28210 | | | |
| | | | Attn | | | Checked By: | Prntd | Starting No. |
| Delivery Method: X Ground | | Delivery Point: | | | Destination Pack & Mark Instructions (This information prints on carton label) Mark all cartons with form number WFM11P Mark all cartons with Customer PO number : '20659' Mark all cartons with barcode(3 of 9) to include: production qty : customer PO #20659 All cartons must be shipped on wooden pallet labels facing out. Pallet height not to exceed 50" including pallet. DO NOT COMINGLE PRODUCTS ON PALLETS | | | |
| Via Instructions must ship partial amount of 7 ctn to each location. PARTIAL TO SHIP NO LATER THAN 10/15/2004. | | | | | | | | |

PRICE

| Contract # | Order Qty: 170,000 | | No. Orders | | Min Order: | | Alternate Qty | List Price / M |
| | Charges Incl. | | Supplier Price / M X Need quote | | | | | |
| Supplier QuickTech | 800.823.8197 | Contact Name: Lenora | | | | | | |

AGAIN

| Sample Qty 10 | | Customer | | ☐ | | | | |
| ☐ | | Picking Unit Carton | | Qty Per Unit 2500ctn. | | Proof: (Red Print) Yes PROOF APPROVED 10/8/2004 | | Blu line ☐ color | To Charles Bartlett |
| Inner Packaging (Type, Qty, Labeling, Shrink-wrap & Chipboard) Bulk | | | | | Outer Packaging (Type, Color, Height, Qty, Label) ☐ Standard Standard carton exact to fit product. | | | |
| Palletizing: ☐ None ☐ Standard ☐ Special X Laser | | | | | | | | |
| ☐ Other: 48" block pallet okay.  Do not exceed 50" in total height, including pallet. Do not co mingle with other forms on pallet. Must be separate! | | | | | | | | |

INSTRUCTIONS

| Invoice Billing Unit ☐ Each ☐ Ctn/Roll ☐ Package ☐ Pad/Book X Per M ☐ Inner Ctn. ☐ Other: | | Coded Special Instructions X Bill, must accompany Inv. NO Back printing-head to head ☐ Complaint on previous ☐ Export order ☐ Flag all breaks ☐ Forms mgmt sect X Full cartons only ☐ List missing no.'s | | ☐ Mend all breaks ☐ No reading perfs X Pack face up Print by-inn ☐ Print symbol ☐ Pant union bug ☐ Secure document | | ☐ Other:  DO NOT SHIP PARTIAL CARTONS!!! | | | |

Notes, Features, Special Instructions/Designer Comments

This form same as WF10P except no bucker, no panto, no numbers.  Logo prints below perf in stub portion..

****. Proof APPROVED 109/8/2004....CRITICAL MATCH INK.MATCH UNCOATED SWATCHES PROVIDED*****

NDA SAMPLES TO:
CHARLES BARTLETT
20 Ridgetop way
Napa  Ca 94558

08/17/2007  11:49    7072269           WVIASC                                PAGE  09/10

PRINTING STRATEGY, INC.          877.812.2097          www.charlesbartlett@printingstrategy.com

| Customer Name: REGULUS | | Po#: WF1004042 | Date 10/05/2004 |
|---|---|---|---|

## PRODUCT

| Bindery | Folding Method | | Qty Per Pad | Glued Edge Location ☐ T  ☐ B  ☐ L  ☐ R | Pages Per Book | Cover Type |
|---|---|---|---|---|---|---|
| Primary Writing Device ☐ HW ☐ TW ☒ Printer ☐ Other | Pitch / CPI 10 | Throw / LPI 8 | Manufacturer XEROX | | Model XEROX 4635 | Mode ☒ Simplex ☐ Duplex |
| Secondary Device / Type  Auto Inserter | | | Manufacturer Bell & Howell | | Model | |

## DOCUMENT DESIGN REQUEST

| Consecutive Number: 0) Reg 3/16  ☐ Other  ☐ MICR  ☐ Other: | Type: X Press  ☐ Crash ☐ Guarantee No Missing ☐ Leading Zeros ☐ Suppressed Zeros | Color: Warm Red 0 Other PMS #: | Format: X Normal ☐ Digital ☐ Split | # Digits | Distance From: Left:  Top: |
|---|---|---|---|---|---|
| ☐ Camera Ready Art ☐ Copy Changes Only | x Layout Cannot Be Changed Computer Program Cannot Be Changed | ☐ Alternate Ideas ☐ Logo Change | Attached: ☐ Logo Art ☒ Specs on Back X Other: Quark file | ☐ Printout ☐ MICR | ☐ Process Printing ☐ Digital ☐ 600 dpi |

BACKPRINTING:
| ☐ Tumble | Head to Head | 0 Reg CC | Back Printing Plies (List) | | PUNCHES: # | Size | C To C | Location ☐ T  ☐ B  ☐ L  ☐ R |
|---|---|---|---|---|---|---|---|---|

STUB:
| ☐ Extended ☐ Stub | UNIT-SET STUB T  B  L  R ☐☐☐☐ | UNIT-SET STUB SIZE | CONTIGUOUS STUB SIZE LEFT        RIGHT | PANTOGRAPH: (Void) ☐ Custom | ☐ Standard ☐ Secure | Pantograph Style No. | Other Security Features |
|---|---|---|---|---|---|---|---|

FASTENING:
| Crimp: L  R | ☐ Spot Glue: ☐ T ☐ B ☐ L ☐ R | ☐ Line Glue ☐ T ☐ B ☐ L ☐ R | ☐ Edge Glue ☐ T ☐ B ☐ L ☐ R | ☐ Spot Paste: # | AFFIXING: | ☐ Remoist Glue ☐ Eyelet | ☐ Transfer Tape ☐ Label (See Label Fact Sheet) |
|---|---|---|---|---|---|---|---|

| FILE NAME | ID | TIF / EPS FILE NAMES & IMAGE DOC ID NO.(S) |
|---|---|---|

| DATE REQUESTED | DATE NEEDED | COPY PROOFED | DOCUMENT ID | VERSION | TOTAL TIME | DESIGNER | DATE COMPLETED | APPROVED/DATE |
|---|---|---|---|---|---|---|---|---|

## REWORKS

| | | | | | | | | | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | | ☐ |
| #2 | | | | | | | | | ☐ |
| #3 | | | | | | | | | ☐ |
| #4 | | | | | | | | | ☐ |
| #5 | | | | | | | | | ☐ |

↓ ANY CARBON PLIES ARE INCLUDED IN PLY NUMBERING SEQUENCE. NUMBER PLIES BELOW ACCORDINGLY.

INDICATE ON COPY ALL UNITSET AND CONTINUOUS STRIP/NARROW CARBON SPECS

## DOCUMENT DESIGN REQUEST

| PLY | FORM SIZE Width | Length | Dist Fig | Paper WT. | Paper Color | PAPER DESCRIPTION TITLES | INK FRONT INK BACK | MATCH | Foot | Type | Orient. | Dist. From FOOT | Top |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 ½ | 14 | | 24# | white | MOCR -laser | 3/0 | | | x | 1 | x | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

**PROOF OF SERVICE**
(CCP Sections 1013a, 2015.5)

Court:      **Napa County Superior Court**
Title:      **The Flesh Company v. Printing Strategy, Inc.**
Case No:    26-34438

I am a citizen of the United States and I am employed in the County of Napa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 1005 Jefferson Street, Napa, California, 94559.

On July 11, 2007, I served the within **Cross-Complaint** by:

☑  Placing true and correct copies thereof, enclosed in sealed envelopes with postage thereon, fully prepaid, in the United States mail at Napa, California, addressed as follows:

____  By facsimile to:

Jay M. Tenenbaum
Seals & Tenenbaum
2323 W. Lincoln Ave., Suite 127
Anaheim, CA 92801
Tel:   (714) 991-9131
Fax:   (714) 991-6526

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed at Napa, California on July 11, 2007.

_Lois Zlebnik_
Lois Zlebnik

-1-

*Exhibit B*

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
08/17/2007
Log Number 512509279

**TO:**    Willard Lindley
Central Transport International, Inc.
12225 Stephens
Warren, MI, 48089-2010

**RE:**    **Process Served in California**

**FOR:**    Central Transport, Inc. (Domestic State: MI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Printing Strategy, Inc., Pltf. vs. Best Way Freight Company Transport, et al. including Central Transport Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Cross-Complaint, Attachment(s), Proof of Service |
| **COURT/AGENCY:** | Napa County, Napa, Superior Court, CA<br>Case # 2634438 |
| **NATURE OF ACTION:** | Property Damage Litigation – Failure to deliver goods on time and undamaged |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/17/2007 at 14:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Vincent M. Spohn<br>1005 Jefferson Street<br>Napa, CA, 94559<br>707 255 1885 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790808829300 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Dianne Christman |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA, 90017 |
| **TELEPHONE:** | 213-337-4615 |



RECEIVED
AUG 2 0 2007
LAW DEPARTMENT

Page 1 of 1 / WM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

*Exhibit C*

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
08/17/2007
Log Number 512509279

**TO:**     Willard Lindley
Central Transport International, Inc.
12225 Stephens
Warren, MI, 48089-2010

**RE:**     **Process Served in California**

**FOR:**    Central Transport, Inc. (Domestic State: MI)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Printing Strategy, Inc., Pltf. vs. Best Way Freight Company Transport, et al. including Central Transport Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Cross-Complaint, Attachment(s), Proof of Service |
| **COURT/AGENCY:** | Napa County, Napa, Superior Court, CA |
| | Case # 2634438 |
| **NATURE OF ACTION:** | Property Damage Litigation - Failure to deliver goods on time and undamaged |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/17/2007 at 14:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Vincent M. Spohn |
| | 1005 Jefferson Street |
| | Napa, CA, 94559 |
| | 707 255 1885 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day, 790808829300 |
| **SIGNED:** | C T Corporation System |
| **PER:** | Dianne Christman |
| **ADDRESS:** | 818 West Seventh Street |
| | Los Angeles, CA, 90017 |
| **TELEPHONE:** | 213-337-4615 |



RECEIVED
AUG 2 0 2007
LAW DEPARTMENT

Page 1 of  1 / WM

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal opinion
as to the nature of action, the amount of damages, the answer date,
or any information contained in the documents themselves.
Recipient is responsible for interpreting said documents and for
taking appropriate action. Signatures on certified mail receipts
confirm receipt of the package only, not of its contents.

08/17/2007  11:49    7072269374              WVIASC    2:30 PM   817   PAGE  02/10

# SUMMONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO ~~DEFENDANT~~:  CROSS-DEFENDANT**
*(AVISO AL DEMANDADO):*
Best Way Freight Company, Central Transport, and The Flesh Company

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

# ENDORSED

JUL 1 6 2007

Clerk of the Napa Superior Court
By: _____
L. WALKER
Deputy

**YOU ARE BEING SUED BY ~~PLAINTIFF~~:  CROSS-COMPLAINANT**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Printing Strategy, Inc.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Napa Superior Court, 825 Brown Street, Napa, CA  94559

CASE NUMBER:
*(Número del Caso):*   26-34438

DELAY REDUCTION CASE

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Vincent M. Spohn, 1005 Jefferson Street, Napa, CA  94559  (707) 255-1885

Stephen A. Bouch

Lori M. Walker

DATE: __ 1 6 2007
*(Fecha)*

Clerk, by _____, Deputy
*(Secretario)*                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons. (POS-010)).*

[SEAL]

SEAL

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* CENTRAL  TRANSPORT,  INC.
   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

RECEIVED
AUG 2 0 2007
LAW DEPARTMENT

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

# SUMMONS
## ON CROSS-COMPLAINT

PLD-C-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
VINCENT M. SPOHN, SBN 092334
Vincent M. Spohn, APC
1005 Jefferson Street
Napa, CA 94558
TELEPHONE NO: (707) 255-1885    FAX NO. *(Optional)*: (707) 255-0974
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: Printing Strategy, Inc.

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Napa
STREET ADDRESS: 825 Brown Street
MAILING ADDRESS:
CITY AND ZIP CODE: Napa, CA 94559
BRANCH NAME:

# ENDORSED

JUL 1 1 2007

Clerk of the Napa Superior Court
By: **S. FERINA**
Deputy

PLAINTIFF: Printing Strategy, Inc.

DEFENDANT: Best Way Freight Company; Central Transport; and The Flesh
*COMPANY*

☑ DOES 1 TO 20

## CONTRACT

☐ COMPLAINT    ☐ AMENDED COMPLAINT *(Number)*:

☑ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT *(Number)*:

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded    ☐ does not exceed $10,000
                     ☐ exceeds $10,000 but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:
26-34438

1. Plaintiff* *(name or names)*:
   Printing Strategy, Inc.
   alleges causes of action against defendant* *(name or names)*:
   Best Way Freight Company; Central Transport; and The Flesh Company
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   ☑ except plaintiff *(name)*: Printing Strategy, Inc.
     (1) ☑ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity *(describe)*:
     (3) ☐ other *(specify)*:

   b. ☑ Plaintiff *(name)*: Printing Strategy, Inc.
     a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

     b. ☑ has complied with all licensing requirements as a licensed *(specify)*: entity in the County of Napa.
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   ☑ except defendant *(name)*: Best Way Freight Co.    ☑ except defendant *(name)*: Central Transport
     (1) ☑ a business organization, form unknown        (1) ☑ a business organization, form unknown
     (2) ☐ a corporation                                (2) ☐ a corporation
     (3) ☐ an unincorporated entity *(describe)*:       (3) ☐ an unincorporated entity *(describe)*:

     (4) ☐ a public entity *(describe)*:                (4) ☐ a public entity *(describe)*:

     (5) ☐ other *(specify)*:                           (5) ☐ other *(specify)*:

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

CROSS-COMPLAINT—Contract

Page 1 of 2

Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

08/17/2007  11:49    7072269374                    WVIASC                         PAGE  04/10

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Printing Strategy, Inc. v. Best Way Freight Company, et al. | 26-34438 |

1  ATTACHMENT 4(a) TO CROSS-COMPLAINT

2  The Flesh Company is a corporation.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page _____

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com

PLD-C-001

| SHORT TITLE: Printing Strategy, Inc. v. Best Way Freight Company, et al. | CASE NUMBER: 26-34438 |
|---|---|

4.  *(Continued)*

    b. The true names of defendants sued as Does are unknown to plaintiff.

        (1) [✓] Doe defendants *(specify Doe numbers)*: 1 - 10 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.

        (2) [✓] Doe defendants *(specify Doe numbers)*: 11 - 20 _____ are persons whose capacities are unknown to plaintiff.

    c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.

    d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

5. [ ] Plaintiff is required to comply with a claims statute, and

    a. [ ] has complied with applicable claims statutes, or

    b. [ ] is excused from complying because *(specify)*:

6. [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.

7. This court is the proper court because

    a. [✓] a defendant entered into the contract here.

    b. [ ] a defendant lived here when the contract was entered into.

    c. [ ] a defendant lives here now.

    d. [ ] the contract was to be performed here.

    e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.

    f. [ ] real property that is the subject of this action is located here.

    g. [ ] other *(specify)*:

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

    [✓] Breach of Contract

    [ ] Common Counts

    [✓] Other *(specify)*:

        Negligence

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. [✓] damages of: $  according to proof

    b. [✓] interest on the damages

        (1) [ ] according to proof

        (2) [ ] at the rate of *(specify)*:           percent per year from *(date)*:

    c. [ ] attorney's fees

        (1) [ ] of: $

        (2) [ ] according to proof.

    d. [✓] other *(specify)*:

        lost profits

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: June 16 , 2007                    7-10-07

VINCENT M. SPOHN

_____                          ▶    _____
(TYPE OR PRINT NAME)                                      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Printing Strategy, Inc. v. Best Way Freight Company, et al. | 26-34438 |

PLD-C-001(1)

One _____     CAUSE OF ACTION—Breach of Contract
   (number)

ATTACHMENT TO    ☐ Complaint   ☑ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

BC-1.  Plaintiff *(name):*  Printing Strategy, Inc.

   alleges that on or about *(date):*  August 9, 2004
   a  ☑ written   ☐ oral   ☐ other *(specify):*
   agreement was made between *(name parties to agreement):*
   Printing Strategy, Inc. and The Flesh Company
   ☑ A copy of the agreement is attached as Exhibit A, or
   ☐ The essential terms of the agreement   ☐ are stated in Attachment BC-1   ☐ are as follows *(specify):*

BC-2.  On or about *(dates):*  October 28, 2004
   defendant breached the agreement by   ☐ the acts specified in Attachment BC-2   ☐ the following acts
   *(specify):*

   Cross-Complainant Printing Strategy, Inc. purchased business forms from plaintiff The Flesh
   Company which shipped them to Printing Strategy's customer using Best Way Freight Company
   and Central Transport as shippers.  The goods were damaged upon arrival at Cross-Complainant
   Printing Strategy, Inc.'s customer.

BC-3.  Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or
   excused from performing.

BC-4.  Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
   ☐ as stated in Attachment BC-4   ☑ as follows *(specify):*
   Cross-Complainant lost profits from the failure to deliver the goods on time.

BC-5.  ☐  Plaintiff is entitled to attorney fees by an agreement or a statute
           ☐ of $
           ☐ according to proof.
BC-6.  ☐  Other:

Page    4

Form Approved for Optional Use          CAUSE OF ACTION—Breach of Contract          Page 1 of 1
Judicial Council of California                                                     Code of Civil Procedure, § 425.12
PLD-C-001(1) [Rev. January 1, 2007]                                               www.courtinfo.ca.gov
                                                                    American LegalNet, Inc.
                                                                    www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Printing Strategy, Inc. v. Best Way Freight Company, et al. | 26-34418 |

Two _____        **CAUSE OF ACTION—General Negligence**    Page    5
        *(number)*

ATTACHMENT TO  ☐ Complaint  ☑ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  Printing Strategy, Inc.

        alleges that defendant *(name):*  Best Way Freight Company, Central Transport & The Flesh Company

        ☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  October 28, 2004
at *(place):*  unknown

*(description of reasons for liability):*

Cross-Complainant Printing Strategy, Inc. purchased business forms from Plaintiff and
Cross-Defendant The Flesh Company which shipped them to Cross-Complainant Printing
Strategy's customer using Cross-Defendant Best Way Freight Company and Cross-Defendant
Central Transport as shippers.  The goods were delivered to Cross-Complainant Printing
Strategy's customer damaged.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

08/17/2007  11:49    7072269374    WVIASC    PAGE  08/10

PRINTING STRATEGY, INC.    877.812.2097    www.charlesbartlett@printingstrategy.com

| X Design | ⊠ QUOTE: needed | Order# 1236273 | | Customer No. # 1006371 | **PURCHASE ORDER No.** WF1004042 |
| set comp nr supplied | | | | | Supplier Name and Address: Flesh Company 2407 Jothi Avenue Parsons, KS  67357 |

**PRINTING STRATEGY, Inc.**    PO BOX 3556  Napa  CA  94558    Phone OR Fax: 877.812.2097

X Sheeted Singles – Laser
Xerox 4635

| No. Ply | Product Application (Important-See Job specs.) LASER CUTSHEET | | ☐ | Start Date 10/05/2004 | Previous Document ID / Version |
| Previous Order # NEW | Producing Location | Desired Ship Date 10/14/2004 | Confirm # | Date Order Placed | New Order # |
| FORM # WFM11P | REV. | FORM NAME Wells Fargo - Savings | | | |

Total Destinations | Customer # | Customer Name REGULUS | | Attn:

PO # | Cash Carrier | | Req'r # | Freight Terms | Freight & Charges ☐ Collect ☐ Prepaid

Ship To #1  100.000 REGULUS Integrated Solutions 5900 Feronia trvine  CA 92618 | Tax Status: NON Taxable if this order is a tax-exempt. | Ship To #2  100.000 REGULUS Integrated Solutions 6845 Nexus Park Blvd, Suite 3 Charlotte, NC  28217 | | Attn:

Class Code | Print... | Sterling No.

| Delivery Method | Delivery Points | Destination Pack & Mark Instructions (This information prints on carton label) |
| | | Mark all cartons with form number WFM11P |
| Via Instructions must ship partial amount of 7 ctn to each location. PARTIAL TO SHIP NO LATER THAN 10/15/2004 | | Mark all cartons with Customer PO number : '20659' Mark all cartons with barcode(3 of 9) to include: production qty ; customer PO #20659 All cartons must be shipped on wooden pallet labels facing out. Pallet height not to exceed 50" including pallet. DO NOT COMINGLE PRODUCTS ON PALLETS |

| Contract # | Order Qty. 170.000 | | No. Colors | Ink Blade | Alternate Qty | List Price / M |
| | Charges Incl. | Supplier Price / M  X Need quote | | | |

Supplier QuickTech  808.821.5789 | Contact Name Lenora

Samples Qty 10 | Customer | ☐ | Qty Per Unit  2500 ctn. | Proof: (Mail Rec'd  Yes  PROOF APPROVED 10/8/2004 | Bluline ☐ color | To Charles Bartlett

Inner Packaging (Type, Qty, Labeling, Shrink-wrap & Chipboard) Bulk | Outer Packaging (Type, Color, Height, Qty, Label) ☐ Standard Standard carton exact to fit product.

Palletizing:  ☐ None  ☐ Standard  ☐ Special  X Laser
☐ Other: 48" black pallet okay, Do not exceed 50" in total height, including pallet. Do not co mingle with other forms on pallet. Must be separate!

Invoice Billing Unit ☐ Each ☐ Ctn/Roll ☐ Package ☐ Pad/Book X Per M ☐ Inner Ctn. ☐ Other: | Coded Special Instructions X B/L must accompany inv. NO Back printing-head to head ☐ Complaint on previous ☐ Export order ☐ Flag all breaks ☐ Forms mgmt sect X Full cartons only ☐ List missing no.'s | ☐ Mend all breaks ☐ No leading zero's X Pack face up Print by-line ☐ Print symbol ☐ Print union bug ☐ Secure document | ☐ Other:  DO NOT SHIP PARTIAL CARTONS!!!

This form same as WF10P except no bucker, no ponte, no numbers. Logo prints below perf in stub portion..

****. Proof APPROVED 109/3/2004....CRITICAL MATCH INK.MATCH UNCOATED SWATCHES PROVIDED*****

NDA SAMPLES TO:
CHARLES BARTLETT
20 Ridgetop way
Napa  Ca  94558
******

08/17/2007  11:49   7072269374              WVIASC                      PAGE  09/10

PRINTING STRATEGY, INC.          877.812.2097          www.charlesbartlett@printingstrategy.com

| Customer Name: | | | | | | | |
|---|---|---|---|---|---|---|---|
| REGULUS | | | | PO#: WF1004042 | | Date 10/05/2004 | |

**PRODUCT**

| Bindery | Folding Method | | | Glued Edge Location ☐T ☐B ☐L ☐R | Pages Per Book | | Cover Type |
|---|---|---|---|---|---|---|---|

| Primary Writing Device: ☐ HW  ☐ TW  ☒ Printer  ☐ Other | Pitch / CPI 10 | Throw / LPi 8 | Manufacturer XEROX | Model XEROX 4635 | Made ☒ Simplex  ☐ Duplex |
|---|---|---|---|---|---|
| Secondary Device / Type Auto Inserter | | | Manufacturer Bell & Howell | Model | |

**DOCUMENT DESIGN REQUEST**

| Consecutive Number: | Type: ☒ Press  ☐ Crash | Color: | | Format: | # Digits | Distance From: | |
|---|---|---|---|---|---|---|---|
| ☒ Reg 3/16 | ☐ Guarantee No Missing | Warm Red | | ☒ Normal | | Left: | |
| ☐ Other | ☐ Leading Zeros | # Other PMS #: | | ☐ Digital | | Top: | |
| ☐ MICR | ☐ Suppressed Zeros | | | ☐ Split | | | |

| ☐ Camera Ready Art | ☐ Alternate Ideas | Attached: | ☐ Logo Art | ☐ Printout | | ☐ Process Printing |
|---|---|---|---|---|---|---|
| ☐ Copy Changes Only | ☒ Layout Cannot Be Changed | ☐ Logo Change | | ☐ Space on Back | ☐ MICR | ☐ Digital ☐ 600 dpi |
| ☐ Other: | Computer Program Cannot Be Changed | | | ☒ Other:  Quark file | | |

| BACKPRINTING: | | Back Printing Plies (List) | PUNCHES: # | Sizes | C To C | Location ☐T ☐B ☐L ☐R |
|---|---|---|---|---|---|---|
| ☐ Tumble   Head to Head   ☐ Reg CC | | | | | | |

| STUB: ☐ Extended ☐ Stub | UNIT-SET STUB   T  B  L  R ☐ ☐ ☐ ☐ | UNIT-SET STUB SIZE | CONTINUOUS STUB SIZE LEFT          RIGHT | PANTOGRAPH: ☐ Void  ☐ Custom | ☐ Standard ☐ Secure | Pantograph Style No. | Other Security Features |
|---|---|---|---|---|---|---|---|

| FASTENING: | Crimp: L   R | ☐ Spot Glue: ☐T ☐B ☐L ☐R | ☐ Line Glue ☐T ☐B ☐L ☐R | ☐ Edge Glue ☐T ☐B ☐L ☐R | ☐ Spot Paste: # | AFFIXING: | ☐ Remoist Glue ☐ Eyelet | ☐ Transfer Tape ☐ Label (See Label Fact Sheet) |
|---|---|---|---|---|---|---|---|---|

| FILE NAME | | ID | | TIF/EPS FILE NAMES & IMAGE DOC ID NO.(S) | | | |
|---|---|---|---|---|---|---|---|

| DATE REQUESTED | DATE NEEDED | COPY PROOFED | DOCUMENT ID | VERSION | TOTAL TIME | DESIGNER | DATE COMPLETED | APPROVED/DATE |
|---|---|---|---|---|---|---|---|---|
| #1 | | | | | | | | ☐ |
| #2 | | | | | | | | ☐ |
| #3 | | | | | | | | ☐ |
| #4 | | | | | | | | ☐ |
| #5 | | | | | | | | ☐ |
| #6 | | | | | | | | ☐ |

**REWORKS**

ANY CARBON PLIES ARE INCLUDED IN PLY NUMBERING SEQUENCE. NUMBER PLIES BELOW ACCORDINGLY.

INDICATE ON COPY ALL UNISET AND CONTINUOUS STRIP/NARROW CARBON SPECS

**DOCUMENT DESIGN REQUEST**

| P L Y | FORM SIZE Width | FORM SIZE Length | Dist. Rig | Paper WT. | Paper Color | PAPER DESCRIPTION | INK FRONT INK BACK | M A T C H | PERFORATIONS Feat | Type | Orient. | Dist. From FOOT | Top |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8½ | 14 | | 24# | white | MOCR -laser | 3/0 | | x | 1 | x | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

1

2                           **PROOF OF SERVICE**
                           (CCP Sections 1013a, 2015.5)

3   | Court:    | Napa County Superior Court
    Title:    | The Flesh Company v. Printing Strategy, Inc.
4   | Case No:  | 26-34438

5           I am a citizen of the United States and I am employed in the County of Napa, State

6   of California.  I am over eighteen (18) years of age and not a party to the above-entitled

7   action.  My business address is 1005 Jefferson Street, Napa, California, 94559.

8           On July 11, 2007, I  served  the within **Cross-Complaint** by:

9   ☑       Placing true and correct copies thereof, enclosed in sealed envelopes with postage

10  thereon, fully prepaid, in the United States mail at Napa, California, addressed as follows:

11          By facsimile to:

12  Jay M. Tenenbaum
    Seals & Tenenbaum
13  2323 W. Lincoln Ave., Suite 127
    Anaheim, CA 92801
14  Tel:    (714) 991-9131
    Fax:    (714) 991-6526
15

16

17          I declare under penalty of perjury under the laws of the State of California that the

    foregoing is true and correct and was executed at Napa, California on July 11, 2007.
18

19                                              _Lois Zlebnik_ (signature)
                                                Lois Zlebnik
20

21

22

23

24

25

26

27

28

                                    -1-

1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR - 114449
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA  95814
   Telephone:    (916) 442-3333
4  Facsimile:    (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Cross-defendant
6  CENTRAL TRANSPORT

**ENDORSED**

**SEP 1 4 2007**

Clerk of the Napa Superior Court
By    N. BENAVIDEZ
                Deputy

7

8                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                          COUNTY OF NAPA

10

11  THE FLESH COMPANY,                    Case No. 26-34438

12              Plaintiff,                **CROSS-DEFENDANT CENTRAL
                                          TRANSPORT'S ANSWER TO CROSS-
13       v.                               COMPLAINT**

14  PRINTING STRATEGY, INC.,

15              Defendant.

16  _____           **BY FAX**

17  PRINTING STRATEGY, INC.,

18              Cross-complainant,

19       v.

20  BEST WAY FREIGHT COMPANY;
    CENTRAL TRANSPORT; and THE
21  FLESH COMPANY, and DOES 1-20,

22              Cross-defendants.
    _____

23       CENTRAL TRANSPORT ("CENTRAL TRANSPORT" or "Cross-defendant") hereby

24  answers the Cross-complaint of PRINTING STRATEGY, INC. ("PRINTING STRATEGY"

25  or "Cross-complainant"), and alleges as follows:

26                          **GENERAL DENIAL**

27       Pursuant to Code of Civil Procedure §431.30(d), CENTRAL TRANSPORT generally

28  denies each and every allegation contained in the Cross-complaint. CENTRAL TRANSPORT

- 1 -

CROSS-DEFENDANT CENTRAL TRANSPORT'S ANSWER TO CROSS-
COMPLAINT                                                      1356942.1

11122650 lif - 9/14/2007 5.10.99 PM

1    HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
     WILLIAM D. TAYLOR - 114449
2    CHRISTINA M. NUGENT - 199646
     980 Ninth Street, Suite 1500
3    Sacramento, CA  95814
     Telephone:     (916) 442-3333
4    Facsimile:      (916) 442-2348
     cnugent@hansonbridgett.com
5
     Attorneys for Cross-defendant
6    CENTRAL TRANSPORT

7

8                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                                   **COUNTY OF NAPA**

10

11   THE FLESH COMPANY,                    Case No.  26-34438

12                    Plaintiff,           **CROSS-DEFENDANT CENTRAL
                                           TRANSPORT'S ANSWER TO CROSS-**
13            v.                           **COMPLAINT**

14   PRINTING STRATEGY, INC.,

15                    Defendant.

16   _____

17   PRINTING STRATEGY, INC.,

18                    Cross-complainant,

19            v.

20   BEST WAY FREIGHT COMPANY;
     CENTRAL TRANSPORT; and THE
21   FLESH COMPANY, and DOES 1-20,

22                    Cross-defendants.
     _____

23         CENTRAL TRANSPORT ("CENTRAL TRANSPORT" or "Cross-defendant") hereby

24   answers the Cross-complaint  of PRINTING STRATEGY, INC. ("PRINTING STRATEGY"

25   or "Cross-complainant"), and alleges as follows:

26                                   **GENERAL DENIAL**

27         Pursuant to Code of Civil Procedure §431.30(d), CENTRAL TRANSPORT generally

28   denies each and every allegation contained in the Cross-complaint.  CENTRAL TRANSPORT

                                           - 1 -

CROSS-DEFENDANT CENTRAL TRANSPORT'S ANSWER TO CROSS-
COMPLAINT                                                          1354942.1

1  further denies that Cross-complainant has been damaged in the sum or sums alleged in the Cross-

2  complaint, or in any other sum, or at all.

3        The following affirmative defenses are alleged on information and belief by CENTRAL

4  TRANSPORT so as not to be waived at trial.  CENTRAL TRANSPORT reserves the right to

5  amend or withdraw any or all defenses or to raise additional defenses as or after they may become

6  known during the course of investigation and discovery.  As separate and distinct defenses to the

7  Cross-complaint, and to each of the causes of action alleged therein, Cross-defendant alleges as

8  follows:

9  **AFFIRMATIVE DEFENSES**

10      As and for Affirmative Defenses to the Cross-complaint, Cross-defendant alleges:

11  **FIRST AFFIRMATIVE DEFENSE**

12  **(Failure to State Cause of Action)**

13      The Cross-complaint and each and every cause of action contained therein fails to allege

14  sufficient facts to constitute one or more causes of action against Cross-defendant.

15  **SECOND AFFIRMATIVE DEFENSE**

16  **(Fault Of Others)**

17      The damages complained of in the Cross-complaint, if any, were caused by persons and

18  entities other than Cross-defendant.  The fault of any or all responsible parties must be

19  apportioned, and the award, if any, against Cross-defendant must be proportionately reduced.

20  **THIRD AFFIRMATIVE DEFENSE**

21  **(Laches)**

22      Any claims for damages are barred by the doctrine of laches.

23  **FOURTH AFFIRMATIVE DEFENSE**

24  **(Estoppel)**

25      Cross-complainant is estopped from recovering on any claim it might have against Cross-

26  defendant by reason of its own conduct, acts and omissions.

27  ///

28  ///

- 2 -

CROSS-DEFENDANT CENTRAL TRANSPORT'S ANSWER TO CROSS-
COMPLAINT

1354942.1

1    **FIFTH AFFIRMATIVE DEFENSE**

2    **(Waiver)**

3        Cross-complainant is barred from recovery because it has waived any and all rights to

4    maintain the action filed in this case.

5    **SIXTH AFFIRMATIVE DEFENSE**

6    **(Contractual and Statutory Limitations)**

7        Cross-complainant is barred from recovery because its claims are barred by applicable

8    contractual and statutory limitation(s) to this action.

9    **SEVENTH AFFIRMATIVE DEFENSE**

10    **(Unclean Hands)**

11        The Cross-complaint is barred by the doctrine of unclean hands.

12    **EIGHTH AFFIRMATIVE DEFENSE**

13    **(Contract and Statutory Limitations of Liability)**

14        Cross-complainant is subject to limitations of liability contained in applicable bill(s) of

15    lading, tariffs, classifications and service guides maintained by Cross-defendant and/or any of the

16    other parties to this action, which limit the amount of any recovery in accordance with their

17    terms.

18    **NINTH AFFIRMATIVE DEFENSE**

19    **(Failure to Perform Conditions)**

20        Cross-complainant failed to perform all conditions precedent contained, referenced or

21    incorporated in the applicable bill(s) of lading, tariffs, classifications and service guides prior to

22    commencing this action.

23    **TENTH AFFIRMATIVE DEFENSE**

24    **(Superseding/Intervening Causes)**

25        There exist superseding and/or intervening cause(s) of the damage about which Cross-

26    complainant complains, and for which damages are sought.

27    ///

28    ///

- 3 -

1354942.1

1    **ELEVENTH AFFIRMATIVE DEFENSE**

2    **(Federal Preemption)**

3    Cross-complainant's claims are preempted by federal law.

4    **TWELFTH AFFIRMATIVE DEFENSE**

5    **(Statute Of Limitations)**

6    The Cross-complaint is barred by the applicable statute of limitations.

7    **THIRTEENTH AFFIRMATIVE DEFENSE**

8    **(Obligations Met)**

9    To any extent Cross-complainant states a cause of action against Cross-defendant, Cross-

10    complainant is barred from recovering any relief on the ground that Cross-defendant has met all

11    obligations owed to Cross-complainant, except those that were extinguished or excused.

12    **FOURTEENTH AFFIRMATIVE DEFENSE**

13    **(Failure to Perform Conditions Pursuant to Contract)**

14    Cross-complainant failed to perform certain conditions precedent, concurrent or

15    subsequent to Cross-defendant's duty to perform under the contracts at issue.  The non-

16    performance of these conditions excused Cross-defendant's further obligations, if any, under the

17    contracts.

18    **FIFTEENTH AFFIRMATIVE DEFENSE**

19    **(Material Breach)**

20    Cross-complainant cannot assert any of the contractual claims contained in its Cross-

21    complaint because it materially breached the contracts at issue.

22    **SIXTEENTH AFFIRMATIVE DEFENSE**

23    **(No Attorneys' Fees)**

24    Cross-complainant is not entitled to recover costs or attorneys' fees by contract or statute.

25    **SEVENTEENTH AFFIRMATIVE DEFENSE**

26    **(Lack of Consideration)**

27    The Cross-complaint, and each purported cause of action stated therein, fails on the

28    ground that, to the extent any contract existed between these parties, the contract fails for lack of

- 4 -

1  consideration.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Fault or Omission of the Shipper)

The damage or loss complained of in the Cross-complaint is due to the fault or omission of the shipper. CENTRAL TRANSPORT exercised reasonable care under the circumstances.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Inherent Defect)

The goods claimed to have been damaged were damaged, if at all, as the result of an inherent defect or condition of the goods. CENTRAL TRANSPORT exercised reasonable care in transporting the goods.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Defective Packing)

CENTRAL TRANSPORT alleges that any damage or loss suffered was due to the act or default of other parties, their agents, servants or employees, in failing to properly package the goods for shipment.

WHEREFORE, Cross-defendant prays as follows as to each cause of action contained in the Cross-complaint:

1.    That Cross-complainant takes nothing by reason of its Cross-complaint and that judgment be entered in favor of Cross-defendant;

2.    That Cross-defendant recover its costs of suit and attorneys' fees incurred in the instant action; and

///
///
///
///
///
///
///

- 5 -

1        3.    For such other relief as the Court may deem just and proper.

2

3    DATED:  September 14, 2007           HANSON BRIDGETT MARCUS
                                                 VLAHOS & RUDY, LLP

4

5                                       By: _Christina Nugent_

6                                       CHRISTINA NUGENT
                                   Attorneys for Cross-defendant

7                                       CENTRAL TRANSPORT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -

CROSS-DEFENDANT CENTRAL TRANSPORT'S ANSWER TO CROSS-
COMPLAINT                                              1354942.1

**PROOF OF SERVICE**

     I, Kim L. Hering, declare that I am a resident of the State of California.  I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.;* that my business address is 980 Ninth Street, Suite 1500, Sacramento, California  95814. On September 14, 2007, I served a true and accurate copy of the document(s) entitled:

**CROSS-DEFENDANT CENTRAL TRANSPORT'S ANSWER**
**TO CROSS-COMPLAINT**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Vincent M. Spohn, Esq.                Jay M. Tenenbaum, Esq.
Vincent M. Spohn, APC            Seals & Tenenbaum
1005 Jefferson Street                 2323 W. Lincoln Avenue, Suite 127
Napa, CA  94558                     Anaheim, CA  92801

☒     (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service.  Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California  95814.  The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☐     (By Express Mail pursuant to Code of Civil Procedure section 1013.)  I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐     (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.)  I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful.  A copy of the Telefax report indicating successful transmission is attached hereto.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on September 14, 2007 at Sacramento, California.

*Kim Hering*
Kim L. Hering

1355041.1