1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR - 114449
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA 95814
   Telephone:  (916) 442-3333
4  Facsimile:  (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendant
6  CENTRAL TRANSPORT

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 THE FLESH COMPANY,                   Case No. C 07 4786 CW
12
              Plaintiff,                DECLARATION OF CHRISTINA
13                                      NUGENT IN SUPPORT OF DEFENDANT
      v.                                CENTRAL TRANSPORT'S NOTICE OF
14                                      REMOVAL OF ACTION PURSUANT TO
   PRINTING STRATEGY, INC.              28 U.S.C. §§ 1331 (Federal Question) and
15                                      1337
              Defendant.
16

17

18 PRINTING STRATEGY, INC.,

19            Cross-complainant,

20    v.

21 BEST WAY FREIGHT COMPANY;
   CENTRAL TRANSPORT; and THE
22 FLESH COMPANY, and DOES 1-20,

23            Cross-defendant.

24
25 ///
26 ///
27 ///
28 ///

DECL. OF CHRISTINA NUGENT IN SUPPORT OF DEFENDANT CENTRAL
TRANSPORT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO                    1354885.1
28 U.S.C. § 1331 (FEDERAL QUESTION)

I, CHRISTINA NUGENT, declare:

1. I am licensed to practice law in the state of California, and I am an attorney with the law firm Hanson, Bridgett, Marcus, Vlahos & Rudy LLP, attorneys of record for Defendant Central Transport herein. I make this declaration on my own personal knowledge and, if called as a witness, I could and would testify competently as to these facts.

2. After receiving service of the Cross-complaint in the state court action entitled *The Flesh Company v. Printing Strategy, Inc.*, Superior Court of the State of California, Napa County, Case No. 26-34438, and related Cross-complaint, my office telephoned the Clerk of the Court for Napa County Superior Court on September 13, 2007, to inquire as to whether any proof of service relating to cross-defendant Best Way Freight Company had been filed with the Court by Cross-complainant. The Clerk responded that no such proof of service had been filed.

3. On September 13, 2007, and again on September 17, 2007, my office contacted the office of counsel for Cross-complainant Printing Strategy, Inc. to inquire as to whether Cross-defendant Best Way Freight Company had been served with the Cross-complaint. On September 13, a woman called Lois indicated that she did not know whether Best Way Freight Company had been served, but would return the call. On September 17, Lois indicated that her file did not contain a proof of service for Best Way Freight Company, but that she would confirm the same with her supervising attorney.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed this 17th day of September, at Sacramento, California.



CHRISTINA NUGENT

- 2 -

DECL. OF CHRISTINA NUGENT IN SUPPORT OF DEFENDANT CENTRAL TRANSPORT'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1331 (FEDERAL QUESTION)

1354885.1