1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR - 114449
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA 95814
   Telephone: (916) 442-3333
4  Facsimile: (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendant
6  CENTRAL TRANSPORT

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 THE FLESH COMPANY,                    Case No. 4:07-cv-4786
12          Plaintiff,                   DEFENDANT CENTRAL TRANSPORT'S
13                                       CERTIFICATE OF INTERESTED
      v.                                 PARTIES
14
   PRINTING STRATEGY, INC.
15
            Defendant.
16

17 PRINTING STRATEGY, INC.,

18          Cross-complainant,

19    v.

20 BEST WAY FREIGHT COMPANY;
   CENTRAL TRANSPORT; and THE
21 FLESH COMPANY, and DOES 1-20,

22          Cross-defendant.

23 ///
24 ///
25 ///
26 ///
27 ///
28

- 1 -
DEFENDANT CENTRAL TRANSPORT'S CERTIFICATE OF
INTERESTED PARTIES                                              1401396.1

1  The undersigned, counsel of record for Third-Party Defendant Central Transport certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Interested Parties**

The parent of Central Transport is Centra, Inc. None of the companies are publicly traded. There are no insurance carriers are involved.

DATED: January 2, 2008        HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP


By: /s/ Christina Nugent
    CHRISTINA M. NUGENT
    Attorneys for Defendant
    CENTRAL TRANSPORT

1401396.1

# PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.;* that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On January 2, 2008, I served a true and accurate copy of the document(s) entitled:

**DEFENDANT CENTRAL TRANSPORT CERTIFICATE OF INTERESTED PARTIES**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Vincent M. Spohn, Esq. | Jay M. Tenenbaum, Esq. |
| Vincent M. Spohn, APC | Seals & Tenenbaum |
| 1005 Jefferson Street | 2323 W. Lincoln Avenue, Suite 127 |
| Napa, CA 94558 | Anaheim, CA 92801 |

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on January 2, 2008 at Sacramento, California.

_____
Kim L. Hering

1355041.1