## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FLESH COMPANY,

        Plaintiff,

    v.

PRINTING STRATEGY INC.,

        Defendant.

NO. 07-04786 CW

**MINUTE ORDER**
Date: 1/8/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill      Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
No appearance

**Appearances for Defendant:**
Christina Nugent by phone; Vincent Spohn

**Case Management Conference Held?:** Yes

Notes:  Only cross-complaint was removed to this Court; Removing defendant to follow-up on bringing complaint before the Court and bringing Plaintiff on board.  Best Way Freight to be served within 30 days.  Mr. Spohn to decide whether Charles Bartlett will be in or out of case.  Parties to consider consenting to Magistrate Judge.  **Further Case Management Conference set for 3/11/08 at 2:00 p.m.**  (Mr. Spohn may appear by phone).

Copies to:  Chambers