1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR - 114449
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA 95814
   Telephone:   (916) 442-3333
4  Facsimile:   (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendant
6  CENTRAL TRANSPORT

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   THE FLESH COMPANY,                    Case No. C 07-04786
12
              Plaintiff,                 **STIPULATION AND [PROPOSED]
13                                       ORDER TO RESCHEDULE CASE
       v.                                MANAGEMENT CONFERENCE**
14
   PRINTING STRATEGY, INC.
15                                       Date:      March 11, 2008
              Defendant.                 Time:      2:00 p.m.
16                                       Location:  Courtroom 2

17
   PRINTING STRATEGY, INC.,
18
              Cross-complainant,
19
       v.
20
   BEST WAY FREIGHT COMPANY;
21 CENTRAL TRANSPORT; and THE
   FLESH COMPANY, and DOES 1-20,
22
              Cross-defendant.
23

24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -

1427719.1

1    Defendant/Third-Party Complainant Printing Strategy, Inc. ("Printing Strategy") and
2 Third-Party Defendant Central Transport ("Central Transport") respectfully request that the case
3 management conference currently set for March 11, 2008 at 2:00 p.m. be rescheduled to Tuesday,
4 April 22, 2008 at 2:00 p.m. Counsel for Central Transport, Christina M. Nugent, recently became
5 unavailable due to on an unexpected medical leave of absence. She is scheduled to return on
6 April 21, 2008.

7    IT IS HEREBY STIPULATED, by and between the parties through their respective
8 counsel of record, that the pending March 11, 2008 case management conference be rescheduled
9 for **Tuesday, April 22, 2008 at 2:00 p.m.**

10

11 DATED: March 4, 2008                 HANSON BRIDGETT MARCUS
12                                                       VLAHOS & RUDY, LLP
13
14                                                       By: _____ for _____
15                                                       CHRISTINA M. NUGENT, ESQ.
                                                      Attorneys for CENTRAL TRANSPORT
16 DATED: March 4, 2008                 VINCENT M. SPOHN, APC
17
18                                                       By: _____
19                                                       VINCENT M. SPOHN, ESQ.
20                                                      Attorneys for PRINTING STRATEGY, INC.
21
22
23 PURSUANT TO STIPULATION, IT IS SO ORDERED.
24 DATED: March ___, 2008
25                                                JUDGE OF THE DISTRICT COURT
26
27
28