1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   WILLIAM D. TAYLOR - 114449
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA 95814
   Telephone:   (916) 442-3333
4  Facsimile:    (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendant
6  CENTRAL TRANSPORT

7

8                     UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | THE FLESH COMPANY,                 | Case No. C 07-04786
12 |                                    |
   |           Plaintiff,               | STIPULATION AND [PROPOSED]
13 |                                    | ORDER TO RESCHEDULE CASE
   |     v.                             | MANAGEMENT CONFERENCE
14 |                                    |
   | PRINTING STRATEGY, INC.            |
15 |                                    | Date:     March 11, 2008
   |           Defendant.               | Time:     2:00 p.m.
16 |                                    | Location: Courtroom 2
17 | PRINTING STRATEGY, INC.,
18 |           Cross-complainant,
19 |     v.
20 | BEST WAY FREIGHT COMPANY;
21 | CENTRAL TRANSPORT; and THE
   | FLESH COMPANY, and DOES 1-20,
22 |
   |           Cross-defendant.
23

24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -

1427719.1

Defendant/Third-Party Complainant Printing Strategy, Inc. ("Printing Strategy") and Third-Party Defendant Central Transport ("Central Transport") respectfully request that the case management conference currently set for March 11, 2008 at 2:00 p.m. be rescheduled to Tuesday, April 22, 2008 at 2:00 p.m. Counsel for Central Transport, Christina M. Nugent, recently became unavailable due to on an unexpected medical leave of absence. She is scheduled to return on April 21, 2008.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that the pending March 11, 2008 case management conference be rescheduled for **Tuesday, April 22, 2008 at 2:00 p.m.**

DATED: March 4, 2008

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By: _____ (#234297)
  for
CHRISTINA M. NUGENT, ESQ.
Attorneys for CENTRAL TRANSPORT

DATED: March 4, 2008

VINCENT M. SPOHN, APC

By: _____
VINCENT M. SPOHN, ESQ.
Attorneys for PRINTING STRATEGY, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 6, 2008

_____
JUDGE OF THE DISTRICT COURT

- 2 -

1427709.1