## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FLESH COMPANY,

      Plaintiff,

    v.

PRINTING STRATEGY INC.,

      Defendant.

NO. 07-04786CW

**MINUTE ORDER**
Date: 4/22/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill     Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
No appearance

**Appearances for Defendant:**
Vincent Spohn by phone

**Appearances for Cross-Defendant:**
Christina Nugent by phone

### Further Case Management Conference Held?:  Yes

Notes:   Defendant Best Way Freight has not been served; Mr. Spohn will need to file motion for leave to serve late within one week.  If Mr. Spohn wants to include Charles Bartlett in cross-complaint, he will need stipulation or file motion for leave to amend within one week and notice for 6/12/08.  Attorney for Cross-Defendant Central Transport to file within two weeks in this Court a motion for dismissal of complaint for failure to prosecute and notice for 6/12/08 at 2:00 p.m.; and in addition, file a motion to dismiss in state court because case has been removed and notice for hearing as soon as possible.  A Further Case Management conference will be held on 6/12/08 at 2:00 p.m.; updated CMC statement due one week prior to conference.

Copies to:  Chambers