VINCENT M. SPOHN (CSB #092334)
VINCENT M. SPOHN, A PROFESSIONAL CORPORATION
1005 Jefferson Street
P.O. Box 5748
Napa, CA 94581-0748
Telephone: (707) 255-1885
Facsimile: (707) 255-0974

Attorney for PRINTING STRATEGY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY<br><br>Plaintiff,<br><br>vs.<br><br>PRINTING STRATEGY, INC.; CHARLES BARTLETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-04786 CW<br><br>(Napa Superior Court Case No.: 26-34438)<br><br>NOTICE OF MOTION TO AMEND CROSS-COMPLAINT TO ADD CHARLES BARTLETT AS CROSS-COMPLAINANT AND FOR LEAVE TO SERVE CROSS-DEFENDANT BEST WAY FREIGHT LATE<br><br>Date:    June 12, 2008<br>Time:   2:00 p.m.<br>Dept.: |

    PLEASE TAKE NOTICE that on June 12, 2008 Defendant Printing Strategy, Inc. will move this Court for permission to serve Cross-Defendant Best Way Freight late and to add an individual, Charles Bartlett as a Cross-Complainant to the Cross-Complaint on file herein.

    This Motion will be based upon this Notice of Motion, the Declaration of Vincent M. Spohn, the Points and Authorities, and the papers and records on file herein.

Dated: April 30, 2008

VINCENT MARTIN SPOHN, A.P.C.

_____
VINCENT M. SPOHN.
Attorney for PRINTING STRATEGY, INC.

1
NOTICE OF MOTION TO AMEND CROSS-COMPLAINT TO ADD CHARLES BARTLETT AS CROSS-COMPLAINANT AND FOR LEAVE TO SERVE CROSS-DEFENDANT BEST WAY FREIGHT LATE