VINCENT M. SPOHN (CSB #092334)
A Professional Corporation
1005 Jefferson Street
P.O. Box 5748
Napa, California 94581-0748
Telephone: (707) 255-1885
Facsimile:  (707) 255-0974

Attorney for PRINTING STRATEGY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PRINTING STRATEGY, INC.; CHARLES BARTLETT; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No. C 07-04786 CW<br><br>(Napa Superior Court Case No.: 26-34438)<br><br>**[PROPOSED] ORDER TO ADD PARTY TO CROSS-COMPLAINT AND FOR LATE SERVICE OF PROCESS** |

　　　Defendant PRINTING STRATEGY, INC.'s Motion to amend its Cross-Complaint to add an individual, CHARLES BARTLETT, as a Cross-Complainant, and for leave to serve Cross-Defendant BEST WAY FREIGHT late came on regularly for hearing on June 12, 2008.

　　　The court, having reviewed the papers on file herein and having considered the motions, hereby makes the following order:

　　　The motion to add CHARLES BARTLETT as a Cross-Complainant is granted.

1
**[PROPOSED] ORDER TO ADD PARTY TO CROSS-COMPLAINT AND FOR LATE SERVICE OF PROCESS**

1  The motion to serve BEST WAY FREIGHT late, is granted.

4  DATED:_____, 2008

   _____
   Honorable Claudia Wilken
   Judge of the Superior Court

2

**[PROPOSED] ORDER TO ADD PARTY TO CROSS-COMPLAINT AND FOR LATE SERVICE OF PROCESS**

**PROOF OF SERVICE**
(CCP Sections 1013a, 2015.5)

Court:    United States District Court, Northern District of California
Title:     The Flesh Company v. Printing Strategy, Inc.
Case No:  C 07-04786 CW (Napa Superior Court Case No. 26-34438)

I am a citizen of the United States and I am employed in the County of Napa, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 1005 Jefferson Street, Napa, California, 94559.

On May 6, 2008, I served the within **[Proposed] Order to Add Party to Cross-Complaint and for Late Service of Process** by:

☑ Placing true and correct copies thereof, enclosed in sealed envelopes with postage thereon, fully prepaid, in the United States mail at Napa, California, addressed as follows:

Jay M. Tenenbaum
Seals & Tenenbaum
2323 W. Lincoln Ave., Suite 127
Anaheim, CA 92801
Tel:  (714) 991-9131
Fax:  (714) 991-6526
Attorney for The Flesh Company

Christina M. Nugent
Hanson Bridgett Marcus Vlohos & Rudy, LLP
980 Ninth Street, Suite 1500
Sacramento, CA 95814
Tel:  (916) 442-3333
Fax:  (916) 442-2324
Attorneys for Cross Defendant Central Transport

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed at Napa, California on May 6, 2008.

*Lois Zlebnik*
Lois Zlebnik

-1-