1  HANSON BRIDGETT LLP
   WILLIAM D. TAYLOR - 114449
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA  95814
   Telephone:    (916) 442-3333
4  Facsimile:    (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendant
6  CENTRAL TRANSPORT

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   THE FLESH COMPANY,                    Case No. 07-04786 CW
12
                  Plaintiff,             DECLARATION OF CHRISTINA NUGENT
13                                       IN SUPPORT OF MOTION TO DISMISS
        v.                               PURSUANT TO FEDERAL RULE OF
14                                       CIVIL PROCEDURE 41(b)
   PRINTING STRATEGY, INC.
15                                       DATE:   June 12, 2008
                  Defendant.             TIME:   2:00 p.m.
16                                       CTRM:   2, Fourth Floor

17

18 PRINTING STRATEGY, INC.,

19           Cross-complainant,

20      v.

21 BEST WAY FREIGHT COMPANY;
   CENTRAL TRANSPORT; and THE
22 FLESH COMPANY, and DOES 1-20,

23           Cross-defendant.

24 ///
25 ///
26 ///
27 ///
28

DECL. OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS           1460012.1

I, Christina Nugent, declare:

1. I am an attorney at law in the State of California and am associated with the law firm of Hanson Bridgett LLP, attorneys of record for third-party defendant Central Transport. I have personal knowledge of the facts set forth herein, and, if called upon, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the original complaint filed in state court in this action.

3. In preparation for the Initial Case Management Conference, scheduled for January 8, 2008, I left a message for Jay Tenenbaum, counsel for The Flesh Company, requesting his participation in the preparation of a Joint Case Management Conference Statement. I did not receive a response to my message.

4. Attached hereto as Exhibit B are four separate letters (with valid fax confirmations) that were transmitted to the court and the other attorneys, including counsel for The Flesh Company, which specifically reference various proceedings in this Court by date and time.

5. Attached hereto as Exhibit C is a true and correct copy of my pleading filed in the state court action in response to an "OSC re: status." The pleading requests dismissal, without prejudice, of the action in that court.

6. All parties appeared at the May 5, 2008 hearing on the OSC re: status in the state court. During the course of that hearing, Mr. Seals, counsel for plaintiff, The Flesh Company, represented to the court that his client had not appeared in the federal court action because it had not received notice of the proceedings there, but that the case was properly removed and his client would now appear. Mr. Seals also stated that it would be appropriate to either dismiss (without prejudice) the state court action or stay it pending proceedings in the federal court. The state court judge declined to dismiss the state court action, noting that she did not believe she had jurisdiction to do so because the case had been removed. The state court action is now stayed, with the parties scheduled to return on November 5, 2008 to report to the court the status of the case.

DECL. OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS          1460012.1

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States of America that the foregoing is true and correct. This declaration was
3  executed in Sacramento, California on the date written below.

5  Dated: *May 5, 2008*      _Christina Nugent_
                              Christina Nugent

- 3 -
**DECL. OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS**           1460012.1


# PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.;* that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On May 5, 2008, I served a true and accurate copy of the document(s) entitled:

**DECLARATION OF DECLARATION OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Vincent M. Spohn, Esq.  
Vincent M. Spohn, APC  
1005 Jefferson Street  
Napa, CA 94558

Jay M. Tenenbaum, Esq.  
Seals & Tenenbaum  
2323 W. Lincoln Avenue, Suite 127  
Anaheim, CA 92801

☐ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☒ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐ (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on May 5, 2008 at Sacramento, California.

*(signature)*  
Kim L. Hering

1355041.1