CHRISTINA M. NUGENT
SENIOR COUNSEL
DIRECT DIAL 916 551 2928
DIRECT FAX 916 551 3381
REPLY TO SACRAMENTO
E-MAIL cnugent@hansonbridgett.com



April 11, 2008

**_VIA FACSIMILE_**
_(510) 637-3545_

The Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California

Re:   The Flesh Company v. Printing Strategy, Inc.
      Case No. C 07-04786

Dear Honorable Wilken:

My firm, Hanson Bridget Marcus Vlahos & Rudy, represents Central Transport, Inc. which is a party to the above-entitled action. Because our firm is located outside the District, we respectfully request permission to attend the upcoming Case Management Conference set for April 22, 2008 at 2:00 p.m. by telephonic appearance. If you consent to this appearance by telephone, please use the following conference call-in number:

   Dial-in Number:  877-699-4786
   Participant Passcode:  916-551-2928

Sincerely,

Christina M. Nugent

CMN/klh
cc:   Vincent M. Spohn, Esq.
      Jay M. Tenebaum, Esq.

Hanson Bridgett LLP
980 9th Street, Suite 1500, Sacramento, CA 95814   hansonbridgett.com

1447996.1

# Facsimile Cover Sheet

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348


HANSON BRIDGETT MARCUS VLAHOS RUDY·LLP

| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO. | (707) 255-0974 |
| | | RECEIVER'S PHONE NO. | |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO. | (714) 991-6526 |
| | | RECEIVER'S PHONE NO. | |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | April 11, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.

BILLING NO.:

THIS COMMUNICATION, INCLUDING ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY BE PROTECTED BY PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL, AND PERMANENTLY DELETE ALL COPIES, ELECTRONIC OR OTHER, YOU MAY HAVE. THE FOREGOING APPLIES EVEN IF THIS NOTICE IS IMBEDDED IN A MESSAGE THAT IS FORWARDED OR ATTACHED.

Please immediately call (916) 442-3333 and ask for THE FAX CENTER if you do not receive all of the transmitted pages.

1402253.1

```
    ******************************
    ***   MULTI TX/RX REPORT   ***
    ******************************

TX/RX NO           2116
PGS.                  2
TX/RX INCOMPLETE
                   -----
TRANSACTION OK
                   (1)  17072550974
                   (2)  17149916526
ERROR INFORMATION
                   -----
```

# Facsimile Cover Sheet



### HANSON BRIDGETT MARCUS VLAHOS RUDY·LLP

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348

| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO. | (707) 255-0974 |
| | | RECEIVER'S PHONE NO. | |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO. | (714) 991-6526 |
| | | RECEIVER'S PHONE NO. | |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | April 11, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.




CHRISTINA M. NUGENT
SENIOR COUNSEL
DIRECT DIAL 916 551 2928
DIRECT FAX 916 551 3381
REPLY TO SACRAMENTO
E-MAIL cnugent@hansonbridgett.com

March 3, 2008

<u>**VIA FACSIMILE**</u>
**(510) 637-3545**

The Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California

   Re:   The Flesh Company v. Printing Strategy, Inc.
          Case No. C 07-04786

Dear Judge Wilken:

I write to request that the Court continue the Case Management Conference presently set for March 11, 2008 at 2:00 p.m. I am currently on an unexpected medical leave of absence; I am scheduled to return to the office on April 21, 2008. I am hoping that the Court will indulge my request and continue the Case Management Conference to a date after my return from medical leave. Alternatively, I request that I be permitted to participate by telephone. In the event the Court prefers this option, please use the following conference call-in information:

     Dial-in Number: 877-699-4786
     Participant Passcode: 916-551-2928

Should the Court have any questions or in the event further information is needed, please do not hesitate to contact me at 916-417-1514. I can provide documentation of the medical leave, if necessary. Thank you for your consideration of this request.

Sincerely,

Christina M. Nugent

   cc:   Vincent M. Spohn, Esq., Jay M. Tenenbaum, Esq.

LAW OFFICES
WWW.HANSONBRIDGETT.COM

| SAN FRANCISCO | NORTH BAY | SACRAMENTO |
|---|---|---|
| 425 MARKET STREET<br>26TH FLOOR<br>SAN FRANCISCO · CALIFORNIA 94105<br>TELEPHONE 415.777.3200<br>FACSIMILE 415.541.9366 | WOOD ISLAND<br>80 E. SIR FRANCIS DRAKE BLVD.·SUITE 3E<br>LARKSPUR · CALIFORNIA 94939<br>TELEPHONE 415.925.8400<br>FACSIMILE 415.925.8409 | 980 NINTH STREET<br>SUITE 1500<br>SACRAMENTO · CALIFORNIA 95814<br>TELEPHONE 916.442.3333<br>FACSIMILE 916.442.2348 |
| SF@HANSONBRIDGETT.COM | NORTHBAY@HANSONBRIDGETT.COM | SAC@HANSONBRIDGETT.COM |

1427495.1

# Facsimile Cover Sheet

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348



HANSON BRIDGETT MARCUS VLAHOS RUDY·LLP

| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (707) 255-0974 |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (714) 991-6526 |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | March 3, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.

BILLING NO.:

THIS COMMUNICATION, INCLUDING ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY BE PROTECTED BY PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL, AND PERMANENTLY DELETE ALL COPIES, ELECTRONIC OR OTHER, YOU MAY HAVE. THE FOREGOING APPLIES EVEN IF THIS NOTICE IS IMBEDDED IN A MESSAGE THAT IS FORWARDED OR ATTACHED.

Please immediately call (916) 442-3333 and ask for THE FAX CENTER if you do not receive all of the transmitted pages.

1402253.1

```
                    *******************************
                    ***   MULTI TX/RX REPORT    ***
                    *******************************

TX/RX NO              2027
PGS.                  2
TX/RX INCOMPLETE
                      -----
TRANSACTION OK
                    (1)   17072550974
                    (2)   17149916526
ERROR INFORMATION
                      -----
```

# Facsimile Cover Sheet

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348


HANSON BRIDGETT
MARCUS VLAHOS RUDY·LLP

| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (707) 255-0974 |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (714) 991-6526 |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | March 3, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.



CHRISTINA M. NUGENT
SENIOR COUNSEL
DIRECT DIAL 916 551 2928
DIRECT FAX 916 551 3381
REPLY TO SACRAMENTO
E-MAIL cnugent@hansonbridgett.com

February 26, 2008

***VIA FACSIMILE***
*(510) 637-3545*

The Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California

    Re:    The Flesh Company v. Printing Strategy, Inc.
            Case No. C 07-04786

Dear Honorable Wilken:

My firm, Hanson Bridget Marcus Vlahos & Rudy, represents Central Transport, Inc. which is a party to the above-entitled action. Because our firm is located outside the District, we respectfully request permission to attend the upcoming Case Management Conference set for March 11, 2008 at 2:00 p.m. by telephonic appearance. If you consent to this appearance by telephone, please use the following conference call-in number:

    Dial-in Number:  877-699-4786
    Participant Passcode:  916-551-2928

Sincerely,

*Christina Nugent*

Christina M. Nugent

CMN/klh
cc:    Vincent M. Spohn, Esq.
       Jay M. Tenebaum, Esq.

LAW OFFICES
WWW.HANSONBRIDGETT.COM

SAN FRANCISCO

425 MARKET STREET
26TH FLOOR
SAN FRANCISCO · CALIFORNIA 94105
TELEPHONE 415·777·3200
FACSIMILE 415·541·9366

SF@HANSONBRIDGETT.COM

NORTH BAY

WOOD ISLAND
80 E. SIR FRANCIS DRAKE BLVD.·SUITE 3E
LARKSPUR · CALIFORNIA 94939
TELEPHONE 415·925·8400
FACSIMILE 415·925·8409

NORTHBAY@HANSONBRIDGETT.COM

SACRAMENTO

980 NINTH STREET
SUITE 1500
SACRAMENTO · CALIFORNIA 95814
TELEPHONE 916·442·3333
FACSIMILE 916·442·2348

SAC@HANSONBRIDGETT.COM

1424690.1

# Facsimile Cover Sheet



**HANSON BRIDGETT MARCUS VLAHOS RUDY·LLP**

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348

| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (707) 255-0974 |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (714) 991-6526 |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | February 26, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.

BILLING NO.:

THIS COMMUNICATION, INCLUDING ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY BE PROTECTED BY PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL, AND PERMANENTLY DELETE ALL COPIES, ELECTRONIC OR OTHER, YOU MAY HAVE. THE FOREGOING APPLIES EVEN IF THIS NOTICE IS IMBEDDED IN A MESSAGE THAT IS FORWARDED OR ATTACHED.

Please immediately call (916) 442-3333 and ask for THE FAX CENTER if you do not receive all of the transmitted pages.

```
        *****************************
        ***   MULTI TX/RX REPORT  ***
        *****************************

TX/RX NO              2009
PGS.                  2
TX/RX INCOMPLETE
                      -----
TRANSACTION OK
                      (1)  17072550974
                      (2)  17149916526
ERROR INFORMATION
                      -----
```

# Facsimile Cover Sheet

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348



HANSON
BRIDGETT
―――
MARCUS
VLAHOS
RUDY·LLP

| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (707) 255-0974 |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (714) 991-6526 |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | February 26, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.

CHRISTINA M. NUGENT
SENIOR COUNSEL
DIRECT DIAL 916 551 2928
DIRECT FAX 916 551 3381
REPLY TO SACRAMENTO
E-MAIL cnugent@hansonbridgett.com



HANSON
BRIDGETT
MARCUS
VLAHOS
RUDY·LLP

January 4, 2008

***VIA FACSIMILE***
*(510) 637-3545*

The Honorable Claudia Wilken
United States District Court
Northern District of California
1301 Clay Street, Suite 400S
Oakland, California

Re:   The Flesh Company v. Printing Strategy, Inc.
      Case No. C 07-04786

Dear Honorable Wilken:

My firm, Hanson Bridget Marcus Vlahos & Rudy, represents Central Transport, Inc. which is a party to the above-entitled action. Because our firm is located outside the District, we respectfully request permission to attend the upcoming Case Management Conference set for January 8, 2008 at 2:00 p.m. by telephonic appearance. If you consent to this appearance by telephone, please use the following conference call-in number:

   Dial-in Number:  877-699-4786
   Participant Passcode:  916-551-2928

Sincerely,

*Christina Nugent*

Christina M. Nugent

CMN/klh
cc:   Vincent M. Spohn, Esq.
      Jay M. Tenebaum, Esq.

LAW OFFICES
WWW.HANSONBRIDGETT.COM

SAN FRANCISCO

425 MARKET STREET
26TH FLOOR
SAN FRANCISCO · CALIFORNIA 94105
TELEPHONE 415·777·3200
FACSIMILE 415·541·9366

SF@HANSONBRIDGETT.COM

NORTH BAY

WOOD ISLAND
80 E. SIR FRANCIS DRAKE BLVD.·SUITE 3E
LARKSPUR · CALIFORNIA 94939
TELEPHONE 415·925·8400
FACSIMILE 415·925·8409

NORTHBAY@HANSONBRIDGETT.COM

SACRAMENTO

980 NINTH STREET
SUITE 1500
SACRAMENTO · CALIFORNIA 95814
TELEPHONE 916·442·3333
FACSIMILE 916·442·2348

SAC@HANSONBRIDGETT.COM

# Facsimile Cover Sheet

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348



| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (707) 255-0974 |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (714) 991-6526 |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | January 4, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.

BILLING NO.:

THIS COMMUNICATION, INCLUDING ANY ATTACHMENTS, IS CONFIDENTIAL AND MAY BE PROTECTED BY PRIVILEGE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL, AND PERMANENTLY DELETE ALL COPIES, ELECTRONIC OR OTHER, YOU MAY HAVE. THE FOREGOING APPLIES EVEN IF THIS NOTICE IS IMBEDDED IN A MESSAGE THAT IS FORWARDED OR ATTACHED.

Please immediately call (916) 442-3333 and ask for THE FAX CENTER if you do not receive all of the transmitted pages.

```
            ********************************
            ***   MULTI TX/RX REPORT    ***
            ********************************
TX/RX NO              1892
PGS.                  2
TX/RX INCOMPLETE
                      -----
TRANSACTION OK
                      (1)   17072550974
                      (2)   17149916526
ERROR INFORMATION
                      -----
```

# Facsimile Cover Sheet



HANSON
BRIDGETT
—
MARCUS
VLAHOS
RUDY·LLP

980 Ninth Street, Suite 1500, Sacramento, CA 95814
Tele: (916) 442-3333, Facsimile: (916) 442-2348

| | | | |
|---|---|---|---|
| TO: | Vincent M. Spohn, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (707) 255-0974 |
| TO: | Jay M. Tenenbaum, Esq. | RECEIVER'S FAX NO.<br>RECEIVER'S PHONE NO. | (714) 991-6526 |
| FROM: | Christina M. Nugent | TOTAL NUMBER OF PAGES: | |
| DIRECT PHONE: | 916 551 2928 | DIRECT FAX: | 916 551 3381 |
| DATE: | January 4, 2008 | ORIGINAL MAILED: | |
| RE: | The Flesh Company vs. Printing Strategy, et al. | | |

See attached letter of today's date.