```
1   HANSON BRIDGETT LLP
    WILLIAM D. TAYLOR - 114449
2   CHRISTINA M. NUGENT - 199646
    980 Ninth Street, Suite 1500
3   Sacramento, CA  95814
    Telephone:   (916) 442-3333
4   Facsimile:   (916) 442-2348
    cnugent@hansonbridgett.com
5
    Attorneys for Cross-defendant
6   CENTRAL TRANSPORT
```

ENDORSED
APR 28 2008
Clerk of the Napa Superior Court
By: _____ Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF NAPA                    BY FAX

| | |
|---|---|
| THE FLESH COMPANY,<br><br>           Plaintiff,<br><br>v.<br><br>PRINTING STRATEGY, INC.<br><br>           Defendant. | Case No. 26-34438<br><br>CROSS-DEFENDANT CENTRAL TRANSPORT'S RESPONSE TO ORDER TO SHOW CAUSE RE: STATUS OF ACTION<br><br>Date: May 5, 2008<br>Time: 8:30 a.m.<br>Dept.: A |
| PRINTING STRATEGY, INC.,<br><br>           Cross-complainant,<br><br>v.<br><br>BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY, and DOES 1-20,<br><br>           Cross-defendants. | |

CENTRAL TRANSPORT ("Cross-defendant") hereby responds to the Court's Order to Show Cause regarding status of action, issued March 18, 2008, as follows:

This case is presently pending in the United States District Court for the Northern District of California, Case No. 07-04786. Cross-complainant Printing Strategy, Inc. and Cross-defendant Central Transport have appeared in that Court. The Minute Order relating to

- 1 -
CROSS-DEFENDANT CENTRAL TRANSPORT'S RESPONSE TO ORDER TO SHOW CAUSE                                          1455653.1

1  the most recent Case Management Conference, held April 22, 2008, is attached hereto as
2  Exhibit A. Therein, the Honorable Claudia Wilken directs Central Transport to file a motion to
3  dismiss the action pending in this Court on the ground that the case has been removed.
4      Central Transport requests that this Court dismiss, without prejudice, the action
5  presently pending in this Court on the basis that the entire action was removed to the federal
6  court on September 19, 2007, as set forth in Central Transport's "Notice to State Court of
7  Removal of Action," filed in this Court on that date. In the event the Court requires a formally
8  noticed motion to effectuate the dismissal, counsel for Central Transport requests that this
9  Court notify counsel accordingly.

DATED: April 28, 2008                    HANSON BRIDGETT LLP

By: _____
CHRISTINA NUGENT
Attorneys for Cross-defendant
CENTRAL TRANSPORT

- 2 -

CROSS-DEFENDANT CENTRAL TRANSPORT'S RESPONSE TO ORDER TO SHOW CAUSE

1455653.1

# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FLESH COMPANY,

    Plaintiff,

v.

PRINTING STRATEGY INC.,

    Defendant.

NO. 07-04786CW

**MINUTE ORDER**
Date: 4/22/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    Court Reporter:  Raynee Mercado

**Appearances for Plaintiff:**
No appearance

**Appearances for Defendant:**
Vincent Spohn by phone

**Appearances for Cross-Defendant:**
Christina Nugent by phone

        **Further Case Management Conference Held?:**  Yes

Notes:    Defendant Best Way Freight has not been served; Mr. Spohn will need to file motion for leave to serve late within one week.  If Mr. Spohn wants to include Charles Bartlett in cross-complaint, he will need stipulation or file motion for leave to amend within one week and notice for 6/12/08.  Attorney for Cross-Defendant Central Transport to file within two weeks in this Court a motion for dismissal of complaint for failure to prosecute and notice for 6/12/08 at 2:00 p.m.; and in addition, file a motion to dismiss in state court because case has been removed and notice for hearing as soon as possible.  A Further Case Management conference will be held on 6/12/08 at 2:00 p.m.; updated CMC statement due one week prior to conference.

Copies to:  Chambers

# PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.*; that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On April 28, 2008, I served a true and accurate copy of the document(s) entitled:

**CROSS-DEFENDANT CENTRAL TRANSPORT'S RESPONSE TO ORDER TO SHOW CAUSE RE: STATUS OF ACTION**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Vincent M. Spohn, Esq.<br>Vincent M. Spohn, APC<br>1005 Jefferson Street<br>Napa, CA 94558 | Jay M. Tenenbaum, Esq.<br>Seals & Tenenbaum<br>2323 W. Lincoln Avenue, Suite 127<br>Anaheim, CA 92801 |

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on April 28, 2008 at Sacramento, California.

*Kim L. Hering* (signature)
Kim L. Hering

1355041.1