1  HANSON BRIDGETT LLP
   WILLIAM D. TAYLOR - 114449
2  CHRISTINA M. NUGENT - 199646
   980 Ninth Street, Suite 1500
3  Sacramento, CA  95814
   Telephone:    (916) 442-3333
4  Facsimile:    (916) 442-2348
   cnugent@hansonbridgett.com
5
   Attorneys for Defendant
6  CENTRAL TRANSPORT

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    THE FLESH COMPANY,                    Case No. 4:07-cv-4786
12
              Plaintiff,                  **NOTICE OF CASE MANAGEMENT
13                                        CONFERENCE**
       v.
14
    PRINTING STRATEGY, INC.
15
              Defendant.
16

17  PRINTING STRATEGY, INC.,

18            Cross-complainant,

19     v.

20  BEST WAY FREIGHT COMPANY;
    CENTRAL TRANSPORT; and THE
21  FLESH COMPANY, and DOES 1-20,

22            Cross-defendant.

23

24  ///

25  ///

26  ///

27  ///

28

- 1 -
NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE                    1444484.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that a Case Management Conference is set in the above-

3  referenced matter for **Tuesday, April 22, 2008 at 2:00 p.m.**

4  DATED: April 8, 2008                              HANSON BRIDGETT LLP

6                                                    By: /s/ Christina Nugent
7                                                    CHRISTINA NUGENT
                                                     Attorneys for Defendant
8                                                    CENTRAL TRANSPORT

- 2 -

NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE                    1444484.1

# PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.*; that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On April 9, 2008, I served a true and accurate copy of the document(s) entitled:

**NOTICE OF CASE MANAGEMENT CONFERENCE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Vincent M. Spohn, Esq.<br>Vincent M. Spohn, APC<br>1005 Jefferson Street<br>Napa, CA 94558 | Jay M. Tenenbaum, Esq.<br>Seals & Tenenbaum<br>2323 W. Lincoln Avenue, Suite 127<br>Anaheim, CA 92801 |

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on April 9, 2008 at Sacramento, California.

_____
Kim L. Hering

1355041.1