HANSON BRIDGETT LLP
WILLIAM D. TAYLOR - 114449
CHRISTINA M. NUGENT - 199646
980 Ninth Street, Suite 1500
Sacramento, CA  95814
Telephone:    (916) 442-3333
Facsimile:     (916) 442-2348
cnugent@hansonbridgett.com

Attorneys for Defendant
CENTRAL TRANSPORT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PRINTING STRATEGY, INC.<br><br>　　　　　Defendant. | Case No. 07-04786 CW<br><br>[PROPOSED] ORDER GRANTING CROSS-DEFENDANT CENTRAL TRANSPORT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)<br><br>DATE:　June 12, 2008<br>TIME:　 2:00 p.m.<br>CTRM:　2, Fourth Floor |
| PRINTING STRATEGY, INC.,<br><br>　　　　　Cross-complainant,<br><br>v.<br><br>BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY, and DOES 1-20,<br><br>　　　　　Cross-defendant. | |

This matter came on regularly for hearing before this Court on June 12, 2008, the Honorable Claudia Wilken presiding. The Court, having considered the briefs and oral argument presented by the parties, and GOOD CAUSE appearing therefor, hereby ORDERS as follows:

- 2 -

1  The motion of third-party defendant CENTRAL TRANSPORT for dismissal of the above-
2  referenced matter is hereby GRANTED. The entire action is hereby DISMISSED, WITH
3  PREJUDICE.
4  IT IS SO ORDERED.

Dated: _____                    _____
                                          Judge of the Superior Court

# PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.*; that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On May 5, 2008, I served a true and accurate copy of the document(s) entitled:

**[PROPOSED] ORDER GRANTING CROSS-DEFENDANT CENTRAL TRANSPORT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Vincent M. Spohn, Esq.  
Vincent M. Spohn, APC  
1005 Jefferson Street  
Napa, CA 94558

Jay M. Tenenbaum, Esq.  
Seals & Tenenbaum  
2323 W. Lincoln Avenue, Suite 127  
Anaheim, CA 92801

☐ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☒ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐ (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on May 5, 2008 at Sacramento, California.

*Kim Hering*  
Kim L. Hering

1355041.1