| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | WILLIAM D. TAYLOR - 114449 |
| 2 | CHRISTINA M. NUGENT - 199646 |
| | 980 Ninth Street, Suite 1500 |
| 3 | Sacramento, CA  95814 |
| | Telephone:    (916) 442-3333 |
| 4 | Facsimile:     (916) 442-2348 |
| | cnugent@hansonbridgett.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | CENTRAL TRANSPORT |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY, | Case No. 07-04786 CW |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b) |
| v. | |
| PRINTING STRATEGY, INC. | DATE:     June 12, 2008 |
| Defendant. | TIME:     2:00 p.m. |
| | CTRM:    2, Fourth Floor |
| PRINTING STRATEGY, INC., | |
| Cross-complainant, | |
| v. | |
| BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY, and DOES 1-20, | |
| Cross-defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 12, 2008, or as soon thereafter as this matter may be heard in Courtroom 2 of the above referenced Court, located at 1301 Clay Street, South Tower, Oakland, California 94612, third-party defendant CENTRAL TRANSPORT, by and

- 1 -

CENTRAL TRANSPORT'S NOTICE OF MOTION AND MOTION TO DISMISS

1458306.1

through its attorneys of record, will and hereby does move this Court (pursuant to Federal Rule of Civil Procedure 41(b)), to dismiss this action on grounds that Plaintiff failed to prosecute this action.

This motion is based upon this Notice, the Memorandum of Points and Authorities, the Declarations of Christina M. Nugent and Kim L. Hering, and attached exhibits, and all pleadings and files on record, and such other oral or documentary evidence as may be submitted at the time of the hearing.

DATED: May 5, 2008                                  HANSON BRIDGETT LLP

By: *Christina Nugent*
CHRISTINA NUGENT
Attorneys for Defendant
CENTRAL TRANSPORT

- 2 -

CENTRAL TRANSPORT'S NOTICE OF MOTION AND MOTION TO DISMISS

1458306.1

## PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.;* that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On May 5, 2008, I served a true and accurate copy of the document(s) entitled:

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Vincent M. Spohn, Esq.<br>Vincent M. Spohn, APC<br>1005 Jefferson Street<br>Napa, CA  94558 | Jay M. Tenenbaum, Esq.<br>Seals & Tenenbaum<br>2323 W. Lincoln Avenue, Suite 127<br>Anaheim, CA  92801 |

☐ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service.  Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California  95814.  The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☒ (By Express Mail pursuant to Code of Civil Procedure section 1013.)  I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐ (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax.  Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful.  A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on May 5, 2008 at Sacramento, California.

*/s/ Kim L. Hering*
Kim L. Hering

1355041.1