HANSON BRIDGETT LLP
WILLIAM D. TAYLOR - 114449
CHRISTINA M. NUGENT - 199646
980 Ninth Street, Suite 1500
Sacramento, CA 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348
cnugent@hansonbridgett.com

Attorneys for Third-Party Defendant
CENTRAL TRANSPORT

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>PRINTING STRATEGY, INC.<br><br>    Defendant. | Case No. 4:07-cv-4786<br><br>STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND CROSS-COMPLAINT TO ADD CHARLES BARTLETT AS CROSS-COMPLAINANT AND FOR LEAVE TO SERVE CROSS-DEFENDANT BEST WAY FREIGHT LATE<br><br>DATE: June 12, 2008<br>TIME: 2:00 p.m.<br>COURTROOM: 2; 4th Floor |
| PRINTING STRATEGY, INC.,<br><br>    Cross-complainant,<br><br>v.<br><br>BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY, and DOES 1-20,<br><br>    Cross-defendant. | |

///

///

///

///

///

- 1 -

THIRD-PARTY DEFENDANT CENTRAL TRANSPORT'S NON-OPPOSITION TO MOT. TO AMEND CROSS-COMPLAINT/LEAVE TO SERVE

1473067.1

Third- Party Defendant Central Transport hereby submits its statement of non-opposition to the "Motion to Amend Cross-Complaint to add Charles Bartlett as Cross-Complainant and for leave to serve Cross-Defendant Best Way Freight late."

DATED: May 21, 2008                           HANSON BRIDGETT LLP


By:  /s/ CHRISTINA NUGENT
CHRISTINA NUGENT
Attorneys for Third-Party Defendant
CENTRAL TRANSPORT

- 2 -

THIRD-PARTY DEFENDANT CENTRAL TRANSPORT'S NON-
OPPOSITION TO MOT. TO AMEND CROSS-COMPLAINT/LEAVE TO
SERVE

1473067.1

## PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.;* that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On May 20, 2008, I served a true and accurate copy of the document(s) entitled:

**STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND CROSS-COMPLAINT TO ADD CHARLES BARTLETT AS CROSS-COMPLAINANT AND FOR LEAVE TO SERVE CROSS-DEFENDANT BEST WAY FREIGHT LATE**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

| | |
|---|---|
| Vincent M. Spohn, Esq. | Jay M. Tenenbaum, Esq. |
| Vincent M. Spohn, APC | Seals & Tenenbaum |
| 1005 Jefferson Street | 2323 W. Lincoln Avenue, Suite 127 |
| Napa, CA 94558 | Anaheim, CA 92801 |

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on May 20, 2008 at Sacramento, California.

*Kim Hering*
Kim L. Hering

1355041.1