| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | WILLIAM D. TAYLOR - 114449 |
| 2 | CHRISTINA M. NUGENT - 199646 |
| | 980 Ninth Street, Suite 1500 |
| 3 | Sacramento, CA 95814 |
| | Telephone:  (916) 442-3333 |
| 4 | Facsimile:  (916) 442-2348 |
| | cnugent@hansonbridgett.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | CENTRAL TRANSPORT |

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY, | Case No. 07-04786 CW |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(b)** |
| v. | |
| PRINTING STRATEGY, INC. | |
| Defendant. | DATE: June 12, 2008 |
| | TIME: 2:00 p.m. |
| | CTRM: 2, Fourth Floor |
| PRINTING STRATEGY, INC., | |
| Cross-complainant, | |
| v. | |
| BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY, and DOES 1-20, | |
| Cross-defendant. | |

///

///

///

///

- 1 -

DECL. OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS                    1481353.1

- 2 -

I, Christina Nugent, declare:

1. I am an attorney at law in the State of California and am associated with the law firm of Hanson Bridgett LLP, attorneys of record for third-party defendant Central Transport. I have personal knowledge of the facts set forth herein, and, if called upon, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the original Reporter's Transcript of Proceedings at Time of Hearing relative to the May 5, 2008 Order to Show Cause Hearing in the Superior Court in and for the County of Napa. Therein, counsel for plaintiff, Mr. Seals, acknowledges that he is aware that the case has been removed to this Court and that his client will make an appearance in this Court. (See p. 5, line 24 to p. 6, line 1; p. 6, line 13 to p. 6, line 19.)

3. Attached hereto as Exhibit B is a true and correct copy of the UPS email confirmation received by my office showing delivery to and acceptance by plaintiff's counsel's office of third-party defendant Central Transport's pleadings relative to the Motion to Dismiss. To date, I have not been served with any opposition to the motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration was executed in Sacramento, California on the date written below.

Dated: May 30, 2008                    /s/ Christina Nugent
                                       Christina Nugent

- 2 -
DECL. OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS              1481353.1

# PROOF OF SERVICE

I, Kim L. Hering, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled *The Flesh Company v. Printing Strategy, Inc.*; that my business address is 980 Ninth Street, Suite 1500, Sacramento, California 95814. On June 2, 2008, I served a true and accurate copy of the document(s) entitled:

**SUPPLEMENTAL DECLARATION OF CHRISTINA NUGENT IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(B)**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Vincent M. Spohn, Esq.  
Vincent M. Spohn, APC  
1005 Jefferson Street  
Napa, CA 94558

Jay M. Tenenbaum, Esq.  
Seals & Tenenbaum  
2323 W. Lincoln Avenue, Suite 127  
Anaheim, CA 92801

☐ (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 980 Ninth Street, Suite 1500, Sacramento, California 95814. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

☒ (By Express Mail pursuant to Code of Civil Procedure section 1013.) I deposited each sealed envelope, with the postage prepaid, to be delivered via _____ to the party(ies) so designated on the service list.

☐ (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with Hanson Bridgett's practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on June 2, 2008 at Sacramento, California.

*Kim L. Hering*  
Kim L. Hering

1355041.1