# Kim L. Hering

**From:** UPS Quantum View [auto-notify@ups.com]
**Sent:** Tuesday, May 06, 2008 11:04 AM
**To:** Kim L. Hering
**Subject:** UPS Delivery Notification, Tracking Number 1ZA47F260197790229



\*\*\*Do not reply to this e-mail. UPS and Hanson Bridgett will not receive your reply.

**At the request of Hanson Bridgett, this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 06-May-2008 / 9:49 AM
**Delivery Location:** FRONT DESK
**Signed by:** PENA

## Shipment Detail

**Ship To:**
Jay M. Tenenbaum, Esq.
Seals & Tenenbaum
2323 W. Lincoln Avenue
Suite 127
ANAHEIM
CA
928015146
US

**UPS Service:** NEXT DAY AIR
**Shipment Type:** Letter

**Tracking Number:** 1ZA47F260197790229
**Reference Number 1:** 84059.24

Discover more about UPS:
Visit www.ups.com
Learn About UPS Companies
Sign Up For Additional E-Mail From UPS
Read Compass Online

5/6/2008