Jay M. Tenenbaum, Bar No. 134221
Philbert E. Seals, Bar No. 33025
phils@4stlaw.com
Randall A. Baker, Bar No. 231721
**SEALS & TENENBAUM, APC**
2323 W. Lincoln Ave., Suite 127
Anaheim, CA 92801
Telephone: 714/991/9131-- Facsimile: 714/991-6526

Attorneys for THE FLESH COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY, | No. C 07-04786-CW |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| v. | Fed. R. Civ. Proc. 26(a)(1) |
| PRINTING STRATEGY, INC., CHARLES BARTLETT, and DOES 1 through 10, inclusive, | Date:  June 12, 2008<br>Time:  2:00 p.m.<br>Place: Courtroom 2 |
| Defendants. | |
| PRINTING STRATEGY, INC., | |
| Cross-complainant | |
| v. | |
| BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and the FRESH COMPANY, and DOES 1-20, inclusive, | |
| Cross-defendants. | |

The Flesh Company, Plaintiff and Cross Defendant in the above entitled action

1

139743          JOINT CASE MANAGEMENT STATEMENT

submits this Case Management Statement in the above action.

*Defendant and Cross-complainant, Printing Strategy, Inc., and Cross-defendant, Central Transport, acting through their respective counsel did not contract the Plaintiff's counsel in any manner whatsoever with respect to the preparation, and signing of the JOINT CASE MANAGEMENT STATEMENT submitted to the court by said parties. Hence, Plaintiff, and Cross-defendant, The Flesh Company, submits this Case Management Statement.*

1. <u>Jurisdiction and Service:</u> Plaintiff, and Cross-defendant hereby adopts, and incorporates herein by this reference the language set forth in Paragraph 1 of the JOINT CASE MANAGEMENT STATEMENT filed by Printing Strategy, Inc., and Central Transport.

2. <u>Facts:</u>  Plaintiff, and Cross-defendant hereby adopts, and incorporates herein by this reference the language set forth in Paragraph 2 of the JOINT CASE MANAGEMENT STATEMENT filed by Printing Strategy, Inc., and Central Transport.

3. <u>Legal Issues</u>: Liability and damages.

4. <u>Motions:</u>  Plaintiff, and Cross-defendant hereby adopts, and incorporates herein by this reference the language set forth in Paragraph 4 of the JOINT CASE MANAGEMENT STATEMENT filed by Printing Strategy, Inc., and Central Transport.

5. <u>Amendment of Pleadings</u>: Printing Strategy, Inc., desires to amend its Third Party Complaint as stated in its Motion.  A copy of the motion has not been served on The Flesh Company.

6. <u>Evidence Preservation</u>: To the best of their knowledge the parties have preserved all known evidence.

7. <u>Disclosures</u>: The parties have not yet made their initial disclosures, but intend to do so within 15 days of the date on which the Court rules on the pending motions, if necessary.

139743                JOINT CASE MANAGEMENT STATEMENT

8. <u>Discovery</u>: Plaintiff, The Flesh Company has served Document Production Requests, Special Interrogatories, and Request to Admit upon Defendant/Cross-complainant, Printing Strategy, Inc., which has responded, and The Flesh Company contemplates serving additional discovery requests on Defendant/cross-complainant, Printing Strategy, Inc. Further, discovery will be undertaken by the parties, depending on the ruling on the pending motions before the court.

9. <u>Class Actions</u>: N/A.

10. <u>Related Cases</u>: N/A.

11. <u>Relief</u>: The Plaintiff seeks payment for goods sold on credit to the Defendant/Third-Party Complainant Printing Strategy, Inc., which goods were shipped to customers of Printing Strategy, Inc., via Central Transport, and Best Way Freight Company, and allegedly arrived in a damaged condition.

12. <u>Settlement and ADR</u>: The Plaintiff is amenable to participation in Early Neutral Evaluation or an early settlement conference.

13. <u>Consent to Magistrate Judge for All Purposes</u>: Plaintiff, The Flesh Company consents.

14. <u>Other References</u>: Plaintiff is amenable to binding arbitration at this time.

15. <u>Narrowing of Issues</u>: The parties should be able to agree upon stipulated facts, at least, in part based on original purchase transactions, invoices, and relevant transportation documents.

16. <u>Expedited Schedule</u>: This case is ideal for expedited disposition.

17. <u>Scheduling</u>: Scheduling should be postponed pending service of Best Way Freight. Plaintiff hereby appears. Scheduling should also be postponed if service on Charles Bartlett has not been completed.

8. <u>Trial:</u> A court trial is requested, if ADR or binding arbitration does not settle the case.

19. <u>Disclosure of Non-party Interested Entities or Person</u>: No non party Interested Entity or Person is known. The Printing Company will file the "Certification of Interested Entities or Parties" as required by Civil Local Rule 3-16.

20. <u>Disposition</u>: This case should be sent to ADR as soon as all parties have been served.

Dated: June 6, 2008

                                SEALS & TENENBAUM

                                By: *[signature]*
                                PHILBERT E. SEALS, Attorneys for
                                THE FLESH COMPANY

# PROOF OF SERVICE

### (CODE OF CIVIL PROCEDURE, §§ 1011, 1013, 2015.5; CALIFORNIA RULES OF COURT, RULE 2008(e))

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over 18 years of age and not a party to the within action; my business address is 2323 West Lincoln Avenue, Suite 127, Anaheim, California 92801. I am employed in Orange County, California.

On June 6, 2008, I served the foregoing document(s) described as:

**Joint Case Management Statement**

on the interested party(ies) in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Vincent M. Spohn, Esq.**
**Vincent M. Spohn, APC**
**1005 Jefferson Street**
**Napa, CA 94588**


**Christina M. Nugent**
**William D. Taylor**
**Hanson Bridgett Marcus Vlahos & Rudy, LLP**
**980 Ninth Street, Suite 1500**
**Sacramento, CA 95814**


[X] BY MAIL:    I deposited such envelope in the mail at Anaheim, California. The envelope was mailed first-class with postage thereon fully prepaid.

Executed on June 6, 2008, at Anaheim, California.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.



DWare