UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FLESH COMPANY,

       Plaintiff,

  v.

PRINTING STRATEGY INC.,

       Defendant.

NO. C 07-04786 CW

**MINUTE ORDER**
Date: 6/12/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**      **Court Reporter:**  Diane Skillman

**Appearances for Plaintiff:**
Philbert Seals

**Appearances for Defendant:**
Vincent Spohn; Christina Nugent

### Motions:

| | | |
|---|---|---|
| Defendant Printing Strategy | Mo. to amend cross-complaint to add Charles Bartlett as Cross-Complainant and for leave to serve cross-defendant Best Way Freight late | Grant |
| Defendant Central Transport | Mo. to dismiss pursuant to FRCP 41(b) | Deny |

Further briefing due:
Order to be prepared by:  Court

**Further Case Management Conference Held?:  Yes**

Notes:  Plaintiff will need to file amended complaint to add Best Way TNT; Plaintiff will need stipulation to add defendant or file motion to add defendant.  Plaintiff will have two weeks to file new complaint and serve other entity.  **FCMC set for 8/5/08 at 2:00 p.m.**

Copies to:  Chambers