IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLESH COMPANY<br><br>      Plaintiff,<br>v.<br><br>PRINTING STRATEGY INC.<br>      Defendant. | NO. CV 07-04786 CW<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY** |

On **7/22/08**, counsel for **defendant Printing Strategy Inc** filed a **motion to amend cross-complaint (docket #33), memorandun in support (docket #34), declaration of Vincent M. Spohn (docket #35), proof of service (docket #36)** manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for **defendant Printing Strategy Inc** should submit the **motion to amend cross-complaint (docket #33), memorandun in support (docket #34), declaration of Vincent M. Spohn (docket #35), proof of service (docket #36)**, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email

1  box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed
2  there).  Do ***not*** e-file a document which has been previously filed on paper, as is the case with the above
3  mentioned filing. All subsequent papers should be e-filed.

6  Dated: July 23, 2008

                                                                         Clara Pierce
                                                                         Deputy Clerk

**United States District Court**
For the Northern District of California