IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLESH COMPANY, | No. C 07-04786 CW |
| Plaintiff, | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| PRINTING STRATEGY INC., | |
| Defendant. | |

Notice is hereby given that the case management conference, previously set for August 5, 2008, is continued to **August 28, 2008, at 2:00 p.m.**, to be heard along with Printing Strategy, Inc. and Charles Bartlett's motion to amend cross-complaint to add cross-defendant Tnt Best-Way Transportation and for leave to serve proposed cross-defendant late, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 7/31/08

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk