| | |
|---|---|
| 1 | JAY M. TENENBAUM, ESQ. (Bar No. 134221) |
|   | PHILBERT E. SEALS, ESQ. (Bar No. 33025) |
| 2 | phils@4stlaw.com |
|   | RANDALL A. BAKER, ESQ. (Bar No. 231721) |
| 3 | SEALS & TENENBAUM |
|   | ATTORNEYS AT LAW |
| 4 | 2323 W. Lincoln Avenue, Suite 127 |
|   | Anaheim, California  92801 |
| 5 | (714) 991-9131- Our File No: 139743 |
| 6 | Attorneys for Plaintiff: THE FLESH COMPANY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY, a corporation, | Case No. 07-04786-CW |
| Plaintiff, | STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND CROSS COMPLAINT TO ADD CROSS DEFENDANT Tnt BEST-WAY TRANSPORTATION AND FOR LEAVE TO SERVE PROPOSED CROSS DEFENDANT LATE |
| vs. | |
| PRINTING STRATEGY, INC., | |
| Defendant. | |
| | |
| PRINTING STRATEGY, INC. | Date:       AUGUST 28, 2008 |
| | Time:       2:00 P.M. |
| Cross Complainant | Courtroom  2, Fourth Floor |
| vs. | |
| BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT, and THE FLESH COMPANY, and DOES 1-20, | |
| Cross Defendants. | |

The Flesh Company hereby submits its Statement of Non-Opposition to Defendant/Cross Complainants Motion to Amend Cross Complaint, and for leave to serve Cross Defendant Tnt Best Way Transportation, late.

Dated: August 20, 2008                    SEALS & TENENBAUM

                                          By: /s/ Philbert E. Seals

---

138760                    STATEMENT OF NON-OPPOSITION

# PROOF OF SERVICE

## (CODE OF CIVIL PROCEDURE, §§ 1011, 1013, 2015.5)

## CALIFORNIA RULES OF COURT, RULE 2008(e)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over 18 years of age and not a party to the within action; my business address is 2323 W. Lincoln Ave., Suite 127, Anaheim, California 92801.

On August 20, 2008, I served the foregoing document(s) described as:

STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND CROSS COMPLAINT AND ADD CROSS DEFENDANT T n t BEST-WAY TRANSPORTATION AND FOR LEAVE TO SERVE PROPOSED CROSS DEFENDANT LATE

on the interested party(ies) in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Christina M. Nugent
Hanson Bridgett LLP
980 Ninth Street, Suite 1500
Sacramento, CA 95814

Vincent M. Spohn
Vincent M. Spohn, a Professional Corporation
1005 Jefferson St.
Napa, CA 94581-0748

[x] **BY MAIL:**     I deposited such envelope in the mail at Anaheim, California. The envelope was mailed first-class with postage thereon fully prepaid.

Executed on August 20, 2008, at Anaheim, California.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

_____
Paula J. Hayes