HANSON BRIDGETT LLP
WILLIAM D. TAYLOR - 114449
CHRISTINA M. NUGENT - 199646
980 Ninth Street, Suite 1500
Sacramento, CA  95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348
cnugent@hansonbridgett.com

Attorneys for Third-Party Defendant
CENTRAL TRANSPORT

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>PRINTING STRATEGY, INC.<br><br>  Defendant. | Case No. 4:07-cv-4786<br><br>**STATEMENT OF NON-OPPOSITION TO PRINTING STRATEGY, INC.'S MOTION TO AMEND CROSS-COMPLAINT TO ADD CROSS-DEFENDANT TNT BEST-WAY TRANSPORTATION AND FOR LEAVE TO SERVE PROPOSED CROSS-DEFENDANT LATE**<br><br>DATE:   August 28, 2008<br>TIME:   2:00 p.m.<br>COURTROOM:   2; 4th Floor |
| PRINTING STRATEGY, INC.,<br><br>  Cross-complainant,<br><br>v.<br><br>BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY, and DOES 1-20,<br><br>  Cross-defendant. | |

///

///

///

///

///

- 1 -

THIRD-PARTY DEFENDANT CENTRAL TRANSPORT'S NON-
OPPOSITION TO MOT. TO AMEND CROSS-COMPLAINT/LEAVE TO
SERVE

1590930.1

1  Third- Party Defendant Central Transport hereby submits its statement of non-opposition
2  to PRINTING STRATEGY, INC.'S "MOTION TO AMEND CROSS-COMPLAINT TO ADD
3  CROSS-DEFENDANT TNT BEST-WAY TRANSPORTATION AND FOR LEAVE TO SERVE
4  PROPOSED CROSS-DEFENDANT LATE."

5  DATED: August 21, 2008                    HANSON BRIDGETT LLP

7                                             By:   /s/ CHRISTINA NUGENT
                                                    CHRISTINA NUGENT
8                                                   Attorneys for Third-Party Defendant
                                                    CENTRAL TRANSPORT

- 2 -

THIRD-PARTY DEFENDANT CENTRAL TRANSPORT'S NON-
OPPOSITION TO MOT. TO AMEND CROSS-COMPLAINT/LEAVE TO                    1590930.1
SERVE