IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>PRINTING STRATEGY, INC.,<br><br>    Defendant.<br>_____/<br><br>PRINTING STRATEGY, INC.,<br><br>    Third Party Plaintiff,<br><br>  v.<br><br>BEST WAY FREIGHT COMPANY; CENTRAL TRANSPORT; and THE FLESH COMPANY,<br><br>    Third Party Defendants.<br>_____/ | No. C 07-4786 CW<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO AMEND AND FOR ENLARGEMENT OF TIME |

    On July 22, 2008, Defendant and Cross-Complainant Printing Strategy, Inc. filed a motion for leave to file an amended cross-complaint to name TNT Best-Way Transportation (TNT BWT) as a Cross-Defendant and for an enlargement of the time in which to serve TNT BWT. Printing Strategy states that Third Party Defendant Best Way Freight Company named in its original cross-complaint changed its

name first to TNT Best-Way Freight and now to TNT BWT. Plaintiff the Flesh Company and Third Party Defendant Central Transport have filed statements of non-opposition.

    Having considered Printing Strategy's papers and good cause appearing therefor, the Court GRANTS the motion (Docket No. 33). Within two days of the date of this order, Printing Strategy shall file an amended cross-complaint naming TNT BWT as a Cross-Defendant. Thereafter, Printing Strategy will have thirty days to serve its amended cross-complaint on TNT BWT.

    IT IS SO ORDERED.

Dated: 8/25/08

CLAUDIA WILKEN
United States District Judge

2