**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLESH COMPANY,

    Plaintiff,

  v.

PRINTING STRATEGY INC.,

    Defendant.
                               /

No. C 07-04786 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Further Case Management Conference, previously set for August 28, 2008, is continued to **November 4, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint updated Case Management Statement will be due one week prior to the conference.

Dated: 8/25/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk