IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLESH COMPANY,

       Plaintiff,

  v.

PRINTING STRATEGY, INC.,

       Defendant.
_____/

No. 07-04786 CW

ORDER OF REMAND

    On May 5, 2009, a further case management conference was held in the above-captioned case wherein counsel for Plaintiff The Flesh Company and Defendants Printing Strategy, Inc. and Charles Bartlett stated they had reached an agreement to remand this case to state court.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is remanded to Napa County Superior Court.


5/12/09

Dated _____

                               */s/ Claudia Wilken*
                               CLAUDIA WILKEN
                               United States District Judge