HOLLINS•SCHECHTER
KATHLEEN MARY KUSHI CARTER #175790
kcarter@hollins-law.com
CODY DALE LUND #134467
clund@hollins-law.com
1851 East First Street, Sixth Floor
Santa Ana, California 92705 - 4017
Telephone: 714.558.9119
Facsimile: 714.558.9091

RECEIVED
MAY 29 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUN 10 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Attorneys for Plaintiff, and Cross-Defendant THE FLESH COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FLESH COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>PRINTING STRATEGY, INC.; CHARLES BARTLETT; and DOES 1 through 10, inclusive,<br><br>  Defendants<br>------------------------------------------------<br>ALL RELATED CROSS ACTIONS. | CASE NO: 4:07-CV-04786-CW<br><br>HON. CLAUDIA WILKEN<br>DEPT 2<br><br>**STIPULATION TO REMAND TO SUPERIOR COURT; [~~PROPOSED~~] ORDER**<br><br>COMPLAINT FILED: September 17, 2007<br>TRIAL DATE: August 31, 2009 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEY'S OF RECORD:**

PLEASE TAKE NOTICE THAT it is hereby stipulated by and between all parties herein through their respective attorneys of record that the above-referenced matter be remanded to the Superior Court of the State of California in and for the County of Napa, to be assigned Case No: 26-34438.

The basis for this stipulation is due to the fact that the Request for Dismissal as to CENTRAL TRANSPORT and BEST WAY FREIGHT COMPANY, filed on May 5, 2009, has removed the parties required for Federal Jurisdiction. As a result, the United States District Court no longer has the minimum contacts necessary for jurisdiction. The parties

691794
1
STIPULATION TO REMAND TO SUPERIOR COURT

agree that the State Superior Court is the proper forum for this action.

    IT IS FURTHER STIPULATED that, upon the Court's granting of this Stipulation to Remand to Superior Court, the parties agree to the following:

    a.    Discovery and Motion cutoff dates shall be extended in accordance with the new trial date, as if it were the initial trial date;

    b.    Court appointed dates shall be extended in accordance with the new trial date, as if it were the initial trial date; and

    c.    Statutory deadline dates mandated by the California Code of Civil Procedure shall be extended in accordance with the new trial date, as if it were the initial trial date.

    IT IS FURTHER STIPULATED that this Stipulation to Remand to Superior Court may be signed in counterparts and that facsimile signatures and copies of this stipulation may be treated as original complete documents for all purposes related to this litigation.

DATED: May 6, 2009    HOLLINS SCHECHTER

By:_____
KATHLEEN MARY KUSHI CARTER
Attorneys for Plaintiff and Cross-Defendant,
THE FLESH COMPANY

DATED: May ___, 2009    LAW OFFICE OF VINCENT M. SPOHN

By:_____
VINCENT M. SPOHN
Attorneys for Defendant and Cross-Complainant, PRINTING STRATEGY, INC.

**IT IS SO ORDERED:**

Date: _____    By: _____
HONORABLE CLAUDIA WILKEN, Judge of the United States District Court, Northern District

691794

2

STIPULATION TO REMAND TO SUPERIOR COURT

1 | agree that the State Superior Court is the proper forum for this action.

2 |     IT IS FURTHER STIPULATED that, upon the Court's granting of this Stipulation to
3 | Remand to Superior Court, the parties agree to the following:

4      a.    Discovery and Motion cutoff dates shall be extended in accordance with
5            the new trial date, as if it were the initial trial date;
6      b.    Court appointed dates shall be extended in accordance with the new trial
7            date, as if it were the initial trial date; and
8      c.    Statutory deadline dates mandated by the California Code of Civil
9            Procedure shall be extended in accordance with the new trial date, as if
10            it were the initial trial date.

11 |     IT IS FURTHER STIPULATED that this Stipulation to Remand to Superior Court
12 | may be signed in counterparts and that facsimile signatures and copies of this stipulation may
13 | be treated as original complete documents for all purposes related to this litigation.

15 | DATED: May 6, 2009          HOLLINS SCHECHTER

By: _____
KATHLEEN MARY KUSHI CARTER
Attorneys for Plaintiff and Cross-Defendant,
THE KLESH COMPANY

20 | DATED: May 12, 2009          LAW OFFICE OF VINCENT M. SPOHN

By: _____
VINCENT M. SPOHN
Attorneys for Defendant and Cross-
Complainant, PRINTING STRATEGY, INC.

24 | **IT IS SO ORDERED:**

26 | Date:    **JUN 1 0 2009**      By: _____
HONORABLE CLAUDIA WILKEN, Judge of
the United States District Court, Northern
District

691794

2

STIPULATION TO REMAND TO SUPERIOR COURT